THE DISTRICT COURT OF GUAM

JANE DOE,

        Plaintiff,

   vs.

GUAM VISITORS BUREAU, a Guam
public corporation, and GEORGE CHIU,
in his individual capacity as
Chairman of the Board of Directors of
the Guam Visitors Bureau,

        Defendants.

CIVIL CASE NO. 26-00017

**ORDER**

The Complaint herein identifies the Plaintiff as "Jane Doe," presumably to protect her privacy interests.  The United States Court of Appeals for the Ninth Circuit has held that "a party may preserve his or her anonymity in judicial proceedings in special circumstances when the party's need for anonymity outweighs prejudice to the opposing party and the public's interest in knowing the party's identity." *Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1068 (9th Cir. 2000).  Recognizing that the balance between a party's need for anonymity and the interests weighing in favor of open judicial proceedings may change as this litigation progresses, the court will permit the Plaintiff to proceed with some degree of anonymity at this preliminary stage in the litigation.  However, in order for the court to determine whether it is necessary to disqualify itself from this proceeding, the court must know the identity of the Plaintiff.  Accordingly, the Plaintiff shall file a disclosure statement setting forth her true identity.  This statement shall be filed under seal and no later than one week from the date of this Order.

    IT IS SO ORDERED this 23rd day of July, 2026.

_____
HEATHER L. KENNEDY
U.S. Magistrate Judge