FILED
DISTRICT COURT OF GUAM

AUG 10 2026

JEANNE G. QUINATA
CLERK OF COURT

2:00pm

**Office of the Attorney General**
**Douglas B. Moylan**
**Attorney General of Guam**
Solicitors Division
134 W. Soledad Avenue, Ste. 302
*Hagåtña*, Guam 96910 • USA
671-475-2710 (tel) • 671-477-2493 (fax)
*www.guamattorneygeneral.org*

***Attorneys for the Government of Guam***

## THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br>vs.<br><br>GUAM VISITORS BUREAU, a Guam public corporation, and GEORGE CHIU, in his individual capacity as Chairman of the Board of Directors of the Guam Visitors Bureau,<br><br>Defendants. | CIVIL CASE NO. 26-00017<br><br>**NOTICE OF ENTRY OF APPEARANCE** |

The **Guam Visitors Bureau,** hereby enters the appearance of **DAVID A. AUSTIN,** Assistant Attorney General of the Office of the Attorney General of Guam, Solicitors Division, in the above-captioned case. Requesting all notices, correspondence, and pleadings issued in the above-captioned case also be sent to:

/ /



ORIGINAL

**DAVID A. AUSTIN**
Assistant Attorney General
Office of the Attorney General
Douglas B. Moylan, Attorney General
Solicitors Division
134 W. Soledad Avenue, Suite 302
Hagatna, Guam 96910
daustin@oagguam.org

Dated this 10th day of August, 2026.

**OFFICE OF THE ATTORNEY GENERAL**
Douglas B. Moylan, Attorney General

By:____________________
**DAVID AUSTIN**
Assistant Attorney General