Louie J. Yanza
Law Office of Louie J. Yanza
A Professional Corporation
MVP Building
862 South Marine Corps Drive, Suite 203
Tamuning, Guam 96913
Telephone: (671) 477-7059
Facsimile: (671) 472-5487
admin@jurisguam.com

Attorney for Defendant
George Chiu

**IN THE DISTRICT COURT OF GUAM**

| | |
|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br>vs.<br><br>GUAM VISITORS BUREAU, a Guam Public Corporation, and GEORGE CHIU, in his individual capacity as Chairman of the Board of Directors of the Guam Visitors Bureau,<br><br>Defendants. | CIVIL CASE NO. CV 26-00017<br><br>DEFENDANT GEORGE CHIU'S REQUEST TO TAKE JUDICIAL NOTICE |

COMES NOW Defendant George Chiu though the Law Office of Louie J. Yanza, P.C., by Louie J. Yanza, hereby requests the Court to take judical notice of the following facts:

| | |
|---|---|
| Exhibit A | Special Board of Directors Meeting Minutes,<br>March 8, 2023 at 1:00 p.m. |
| Exhibit B. | Regular Board of Directors Meeting Minutes,<br>March 23, 2023 at 1:30 p.m. |
| Exhibit C | Public law 36-107 (FY2023) |
| Exhibit D | Public law 37-42 (FY2024) |
| Exhibit E | Public law 37-125 (FY2025) |

| | |
|---|---|
| Exhibit F | Public law 38-60 (FY2026) |
| Exhibit G | Governor of Guam's veto of Bill No. 279-38 |

Respectfully submitted this 26th day of August, 2026.

Law Office of Louie J. Yanza, P.C.
Attorney for Defendant
George Chiu

By: ______________________
Louie J. Yanza

# EXHIBIT "A"

GUAM VISITORS BUREAU
SETBISION BISITAN GUÅHAN

**SPECIAL BOARD OF DIRECTORS MEETING MINUTES**
**Wednesday, March 8, 2023, at 1:00 p.m.**
**GVB Conference Room and Teleconference – GoToMeeting**
**https://meet.goto.com/GUAMVISITORSBUREAU/gvb-board-meeting**

## I. CALL TO ORDER

- Chairman Morinaga called the Board's regular meeting to order at 1:02 p.m. with a quorum being present.

## II. ROLL CALL

In-Person: Milton Morinaga, Ho Eun, Mary Rhodes, Paula Monk, Joaquin Cook, George Chiu, Jeff Jones, Sonny Ada
Online: Rudy Paco

## III. NEW BUSINESS

***Welcoming of newly elected Board members and legislative appointees***

- Chairman Morinaga welcomed newly elected Board members: Paula Monk, Joaquin Cook, George Chiu, and Jeff Jones. Legislative appointees Mary Rhodes and Ho Eun were welcomed after that. Laura Nelson-Cepeda, the alternate director, is pending Legislative confirmation.

***Discussion on Election of Corporate Officers***

- Chairman Morinaga sent his agenda items to management on February 27, 2023. The wording on two agenda items was changed on his list: (1) Officer elections and (2) Election of the 12th director; because of the change, actions were not taken to carry out his request at this board meeting.
  - He expressed that as Chairman of the Board, he should've been contacted by management if changes needed to be made, regardless of the accuracy of the legal counsel's opinion.
- According to Legal Counsel Joe McDonald, the agenda was changed due to the proper procedure required by law. The Board would need to discuss the selection of Corporate Officers and the election of the 12th director before any action is taken. After discussion, a resolution would be prepared by management and presented to the Board at the next board meeting for action to be taken to select new officers and the 12th director.

***Open Discussions***

- Board directors had open discussions about the agenda, future meeting agendas, communication protocol with the Board and Management, legal opinions, resolutions, the next board meeting date, agenda items to be discussed, working sessions, board orientation, and ethics training.

***Discussion about the agenda***

- Director Ada requested clarification from legal counsel Joe McDonald regarding the necessity to approve the agenda at the start of a board meeting. According to legal counsel, the agenda does not need to be approved before proceeding with a board meeting.

- The Board decided that agenda items for the next board meeting would be discussed at each board meeting and recorded by the management's Board Secretary. The management shall prepare an agenda ad notice for the chairperson's review and approval before publication.

- Previously, the Chairman was instructed to refrain from contacting another board member. Chairman Morinaga asked if it would be the board secretary's job to send the draft agenda to the board on behalf of the chairman or can he directly contact board directors for their approval of the agenda.

- Legal counsel believes the chairman should refrain from contacting other board directors and work with management to agree on a basic format to handle this communication. According to the Open Government Law, communication with other directors outside the board meeting relating to GVB business should not occur. Legal counsel added that all emails and Whatsapp messages would be public records.

- Chairman Morinaga suggested that a section in the meeting agenda should include "Agenda Items for Next Meeting" if the chairman cannot discuss the agenda with other board members outside the meeting.

- Director Rhodes mentioned that the Open Government Law does not state anything about changing the chairman's agenda. Legal counsel said that it was to ensure that the meeting progressed toward an election and further noted that if the vote were taken at the March 8th board meeting with the chairman's original agenda items, the vote would be void.

***Communication protocol with Board and Management***

- Director Monk inquired whether GVB has an existing board secretary. Chairman Morinaga announced Valerie as management's board secretary and the board's point of contact.

- According to legal counsel, the Board is allowed to speak with Valerie; however, not allowed to direct her what to do unless there is a vote, this is in the enabling act. Legal counsel suggests that the board communicate directly with General Manager.

- Board Directors are not allowed to direct staff. Board Directors should go through General Manager, who would lead his team accordingly.

- Communication was dangerous in the committees because members and non-board members were directing the staff.

    - The Board can form committees
    - committee meetings must be publicly noticed
    - board members cannot direct staff if they are in a working meeting
    - Information from that committee is relayed to management for implementation

***Legal Opinions***

- All legal opinions are to be sent to the Board of directors
- Director Chiu expressed that the Board is not obligated to follow legal counsel's opinions, whether correct or not; it is up to the board to decide whether they want to or not.

***Resolutions***

- Directors Chiu and Rhodes debated whether oral resolutions can be made as opposed to written resolutions.
    - The law does not specify that it must be written, whereas the Port of Guam stipulates that it is written
    - Director Chiu questioned why a discussion, resolution, and action could not occur in one meeting.
        - Legal Counsel explained that the private sector has the processes to do so. GVB does not have those processes.
        - It has never been done before
        - The board can get there by the 9015(k) process; if not, GVB is stuck with the enabling act.
        - Suggests taking 9015(k) powers, have regulations that go through triple-A process that gives the board certain powers (powers to meet in a committee, to take action and vote in a committee)
        - Board takes a risk when it votes on action items not in its jurisdiction
- According to legal counsel, resolutions are written Government boards that have powers spend a whole working session creating the verbiage for the resolution to take action. He reminded the board that GVB's board could only give directions.
- For a proper resolution, a healthy discussion should take place among board directors.
    - Board directors decide on the direction in which action is to be taken
    - Management drafts the resolution, the board reviews it, it is presented at the next board meeting, board votes on the resolution
- Sec. 91065 (Enabling Act) - the Board can act only by resolution at a meeting duly held; the vote carries by 8.
- It doesn't specify written; Port of Guam specifies it is written
- Director Jones stated that the statute states that the Board shall act only by resolution at a meeting duly held. It does not specify how that resolution shall be made. However, for accuracy, at some point, it should be written.

- The meshing of Open Government Law and Enabling Act: Legal Counsel McDonald referred to Open Gov Law 8113.1. If the purpose of an agenda item to be discussed is not specified, any action taken on it is void.
    - Suggests that "agenda items" be placed under new business where the board can decide what will be listed as agenda items for the next board meeting.
    - Final decisions for any action to be taken at the following board meeting can be communicated with the GM or legal counsel to formulate a resolution.
    - Resolution to be presented at the following board meeting.
    - The agenda item moves from New Business to Call to Corporate Action.

- Director Rhodes questioned why action would be voided if the topic was on the agenda.
  - Could a motion not be made on the floor to vote for the 12th director or officers?
  - (1) Discussion (2) motion (3) unanimous vote by eight (4) formalize the resolution at the end of the meeting.
  - Director Rhodes read 8113.1 and reiterated that motions and proposals could be executed if there is a unanimous vote to make the resolution offer. Because it doesn't give specifics, she questioned whether the motion could be made and whether the board could vote unanimously.
  - Director Ada stated that he thinks the Board should get its own legal counsel
  - Director Rhodes expressed the need to fire legal counsel
    - Director Ada said that it cannot be addressed because it is not on the agenda
  - Legal Counsel corrected his reference relevant to action voided non-compliance - 8114.1 - matters to be discussed
    - 9106(i) – The board can only act by resolution
    - the decision of the action should be made at the point of the meeting, followed up with the formal document, and recorded as part of the minutes.

***<u>Discussion on the selection of the 12th Director</u>***

- Director Jones inquired whether eleven (11) directors needed to be sitting to elect the 12th director.
- Statues state that eleven directors need to be sitting
- Provision for electing the 12th Board Director says that Governor's five (5), Legislature's two (2), and the four (4) elected members shall then choose the 12th; as long as it carries by eight (8) votes

***<u>Next Board Meeting Date</u>***

- The board discussed and decided to return to the Regular Board of Directors meeting date. The next meeting is to be held on Thursday, March 23, 2023
- There shall be no more online voting to meet quorum. All those voting must be present in person at a Board meeting for their vote to count. The Governor of Guam had removed the executive order, which did away with the in-person meeting. The official language from AG says it has to be in person.
- Chairman Morinaga decided that the board will return to the Regular Board of Directors meeting schedule; on the 2nd and 4th Thursday of each month.
- Director Chiu directed legal counsel to write the resolution to elect board officers and the 12th board member.

***<u>Working sessions</u>***

- The board can have working sessions but must post what will be discussed in a working session.
- Once a full board is in place, a need to talk about reviewing enabling legislation and updating it for practicality

***<u>Request for Board Orientation</u>***

- March 15, 2023, at 1:30 p.m., conducted by Legal Counsel
- Director Rhodes requested topics on how to run a board meeting, Open Gov Act, technicalities, etc.

***<u>Agenda Items for next board meeting:</u>***

- Election of officers
- Election of the 12th member of the Board

- Management's update on the external audit report
- Discussion on how to conduct the annual Performance review of management
  - Rhodes asked Valerie to provide a format and/or sample of the board's Annual performance review of management.
  - It was decided that this would be discussed at the next board meeting because they had never had one.
- Management's plans for the remainder of the fiscal year 2023
- Discussion on Enabling Legislature and Bylaws
- Financial update / Update on the Finance department
- Executive Session

***Ethics Training***

- Valid for two years
- Decided to wait until a full board is present to arrange the Ethics training

## IV. ADJOURNMENT

**Motion made by Director Ada, seconded by Director Monk, to adjourn the board meeting at 2:27 p.m.**

**Jeffrey Jones, Secretary of the Board of Directors**

**Board Minutes respectively submitted by Valerie Sablan, Executive Secretary**

# EXHIBIT "B"

**REGULAR BOARD OF DIRECTORS MEETING MINUTES**
**Thursday, March 23, 2023, at 1:30 p.m.**
**GVB Conference Room and Teleconference - GoToMeeting**
**https://meet.goto.com/GUAMVISITORSBUREAU/gvb-board-meeting**

## I. CALL TO ORDER

- Chairman Morinaga called the meeting of the Board of Directors to order at 1:34 p.m., with a quorum being met.

## II. ROLL CALL

**In-Person:** Milton Morinaga, Paula Monk, George Chiu, Sonny Ada, Joaquin Cook, Mary Rhodes, Jeffrey Jones, and Ho Eun
**Online:** Mayor Rudy Paco (cannot vote until rules are established for online voting)

## III. ACTION BY THE BOARD

- Chairman Morinaga thanked the Board and staff for allowing him to serve as the chairman. He decided to step down as board chairman when a new chairman was elected.

### A. *Election of Officers - Resolution*

- Chairman Morinaga recited GVB resolution 2023-001, Election of Officers.

**Director Ada made a motion, seconded by Director Rhodes, to approve the Election by Officers Resolution as presented, subject to correction to add Director Monk's name. Motion retracted.**

**Director Ada made a motion, seconded by Director Cook, to approve the corrected Election by Officers Resolution to include Director Monk's name. Motion Approved.**

**Director Jones made a motion to nominate Director Chiu as Chairman of the Board. Chairman Morinaga made a motion to close the nomination. Director Chiu accepted the nomination. The board unanimously voted to elect Director Chiu as the new Chairman of the Board. Motion Approved.**

- Chairman Chiu thanked Director Morinaga for his years of service as Chairman. Director Morinaga is stepping down as the chairman and will continue as a member of the Board of Directors.

**Director Jones nominated Director Joaquin Cook as Vice Chairman of the Board. Director Ho made a motion to close the nomination, seconded by Director Ada. Director Cook accepted the nomination. The board unanimously voted to elect Director Cook as the new Vice-Chairman. Motion Approved.**

**Director Rhodes nominated Director Ho Eun as Treasurer of the Board. Director Ada made a motion to close the nomination. Director Eun accepted the nomination. The board unanimously voted to elect Director Eun as the new Treasurer of the Board. Motion Approved.**

**Director Eun nominated Director Jeffrey Jones as Secretary of the Board. Director Ada made a motion to close the nomination. Director Jones accepted the nomination. The board unanimously voted to elect Director Jones as the new Secretary of the Board. Motion Approved.**

- Legal Counsel concurred that the elections of officers complied with Guam laws.
  - The Secretary and Treasurer are not statutory positions, only ceremonial.

### B. *Election of 12th Director – Resolution*

- President & CEO Gutierrez requested the AG's opinion on selecting the 12th Director.
- Director Chiu expressed that the Board is not legally obligated to follow legal opinion advice.
- Director Rhodes stated that the requirement is eight for a quorum and eight to vote with a resolution.
- Director Jones suggested that the Board proceed with selecting the 12th director.
  - If contrary to Attorney General's opinion, the Board can ratify when 11 members are present.
- Chairman Chiu recited the resolution to elect the 12th Director of the Board.

**Director Jones made a motion, seconded by Director Ada, to approve the Resolution of the Election of the 12th Director. Motion Approved**

**Director Jones nominated Monte Mesa as the 12th Director of the board. Director Jones moved to close the nomination, seconded by Director Ada. Director Mesa accepted the nomination by phone. The board unanimously voted to elect Monte Mesa as the new 12th Director of the Board. Motion Approved.**

- Director Ada departed the meeting at 1:50 p.m.

## IV. CHAIRMAN'S REPORT

- Chairman Chiu did not have anything to report.

## V. MANAGEMENT'S REPORT

- Vice-President Perez presented Management's report with updates on Guam's tourism recovery.
  - Global, regional, North-East Asia (Japan & Korea)
- Management's extensive report is available for review on GVB's website.

*FY 2022 External Audit Update*

- GVB Finance Department and the auditors are verifying data from FY 2020.
- Auditors believe Federal funds over $750K have been expended; if so, Uniform Guidance Audit Data will occur.
- The government of Guam public auditor's initial deadline is March 31, 2023.
- The audit manager provided a verbal deadline extension notice.
- Chairman Chui requested that documentation from OPA extending GVB's deadline be furnished to the Board of directors.

*Finance Team*

- Three vacancies will be filled; job announcements closed on April 24, 2023.
  - Accountant II.
  - Accountant III.
  - Management Analyst II.

- In December 2022, a total of five individuals made up the Finance team
  - As of current, the Finance Department is comprised of only two individuals.
- With new management in the Finance Department and another person, the board has cause for concern about meeting the requirements of the March 31st audit deadline.

***<u>Finance Update</u>***

- Chairman Chiu would like a breakdown of large numbers in the financial report.
- Requesting a comprehensive report; encumbrances of projects need to be broken down.

***<u>Tourist Attraction Fund (TAF)</u>***

- The 11% Hotel Occupancy Tax funds GVB
- Each year, the legislature and GVB are at odds over the Tourist Attraction Fund and the amount GVB should obtain.
- By law, GVB should receive the 11% in its entirety
- The TAF's original forecast will be more than what was discussed in the legislature's appropriation
  - There is a provision in the budget law; any surplus above and beyond what they granted GVB will return to GVB.

***<u>Proposed Budget for FY 2024</u>***

- $29M
- As arrivals climb, it'll start to generate TAF income
- Senior management will come to the board with a final proposed amount
  - Tie into KPIs for the future evaluation process

## VI. REPORT OF THE BOARD COMMITTEES

- Committees have yet to be formed with the new board. Therefore, there are no current committee reports.

## VII. NEW CORPORATION BUSINESS

***<u>Annual Performance Review of Management</u>***

- Required six months into the appointment term and once annually after that
- GVB Board has not conducted a performance review
- Chairman Chiu provided Board directors with an objective guideline format, a review of management, and a review of legal counsel.
  - To be discussed at the next board meeting
- GVB has no formal format for evaluating management.
- Vice-President Perez suggested an objective way to evaluate performance by taking GVB's budget amounts and relating it to proposed programs that management can discuss with key performance indicators.
  - Believes there is minimal basis other than subjective opinions currently.
- According to legal counsel, three parts must be in the performance review.
  - Performance, accomplishments, and reasons for obtaining
  - Must be published on the website
  - Cannot be discussed in Executive Session

***<u>Virtual Meetings</u>***

- The board would like to continue to attend meetings virtually and be able to take action.
  - According to legal counsel, meeting virtually meets quorum; however, the statutes require the passage of regulations.
  - Regulations require formulation in conjunction with the AG and the Office of Technology.

- If not conducted by the triple-A process, regulations will not be passed appropriately.
- Legal counsel recommended informing the legislature that Boards and Commissions were authorized to pass this at the Board level.
- Virtual meetings are the last option; If a member cannot attend in person and can only attend online due to circumstances, the board would like to know if their online presence will count for the quorum.

- Director Rhodes proposed research to be conducted with the front office to work through the Office of Technology.
  - Create a standard SOP for all agencies relative to virtual meetings.
  - Requested legal counsel or administration write something to the Office of Technology to effectuate change with all agencies to address online virtual attendance.
- Chairman Chiu requested a resolution to allow for virtual meetings to be presented at the next board meeting scheduled for April 13, 2023.
- Legal counsel to obtain AG's opinion relevant to virtual meeting attendance.

***Rules & Regulations***

- Director Rhodes requested that the Board's structure, all functions, and operations requiring Rules & Regulations to be passed be concisely documented with simplicity by Legal Counsel for the Board's review.

***Committee Chairs***

- Director Rhodes requested a resolution for Committee Chairs to be presented at the next board meeting scheduled for April 13, 2023.

## VIII. ANNOUNCEMENTS

***Upcoming Board Meetings:***

- April 13, 2023
- April 27, 2023

## IX. ADJOURNMENT

- Chairman Chiu adjourned the meeting at 3:59 p.m.
- Legal Counsel cited the Open Government Law to adjourn a Board meeting. Only six members remained at the end of the March 23, 2023, Regular Board meeting.
- No quorum is needed to adjourn a board meeting.
- A notice to adjourn the Regular Board of Directors meeting was posted on GVB's main entrance doors. The Board adjourned the meeting until March 24, 2023, at 1:30 p.m.
- The meeting ended at 3:59 p.m.

**Jeffrey Jones, Secretary of the Board of Directors**

**Board Minutes respectively submitted by Valerie Sablan, Executive Secretary**

# EXHIBIT "C"

*I Mina'trentai Sais Na Liheslaturan Guåhan*
**BILL STATUS**

| BILL NO. | SPONSOR | TITLE | DATE INTRODUCED | DATE REFERRED | CMTE REFERRED | PUBLIC HEARING DATE | DATE COMMITTEE REPORT FILED | FISCAL NOTES | NOTES |
|---|---|---|---|---|---|---|---|---|---|
| **276-36 (COR)** As substituted by the Committee on General Government Operations, Appropriations, and Housing; and amended in the Committee of the Whole | Committee on Rules by request of *I Maga'hågan Guåhan*, the Governor of Guam, in accordance with the Organic Act of Guam. | AN ACT MAKING APPROPRIATIONS FOR THE OPERATIONS OF THE EXECUTIVE, LEGISLATIVE, AND JUDICIAL BRANCHES OF THE GOVERNMENT OF GUAM FOR FISCAL YEAR ENDING SEPTEMBER 30, 2023, MAKING OTHER APPROPRIATIONS, AND ESTABLISHING MISCELLANEOUS AND ADMINISTRATIVE PROVISIONS. | 3/15/22 9:11 a.m. | 3/15/22 | Committee on General Government Operations, Appropriations, and Housing | | 8/31/22 7:28 p.m. As substituted by the Committee on General Government Operations, Appropriations, and Housing. | | Accepted by the Committee on Rules on August 9, 2022. Processed, and posted per the instructions of COR. |
| | **SESSION DATE** | **TITLE** | **DATE PASSED** | **TRANSMITTED** | **DUE DATE** | **PUBLIC LAW NO.** | **DATE SIGNED** | **NOTES** | |
| | 8/9/22 | AN ACT MAKING APPROPRIATIONS FOR THE OPERATIONS OF THE EXECUTIVE, LEGISLATIVE, AND JUDICIAL BRANCHES OF THE GOVERNMENT OF GUAM FOR FISCAL YEAR ENDING SEPTEMBER 30, 2023, MAKING OTHER APPROPRIATIONS, AND ESTABLISHING MISCELLANEOUS AND ADMINISTRATIVE PROVISIONS. | 8/31/22 | 8/31/22 | 9/12/22 | 36-107 | 9/12/22 | Received: 9/13/22 Mess and Comm. Doc. No. 36GL-22-2482 | |

*I MINA'TRENTAI SAIS NA LIHESLATURAN GUÅHAN*
**2022 (SECOND) Regular Session**

## CERTIFICATION OF PASSAGE OF AN ACT TO *I MAGA'HÅGAN GUÅHAN*

This is to certify that **Substitute Bill No. 276-36 (COR), "AN ACT MAKING APPROPRIATIONS FOR THE OPERATIONS OF THE EXECUTIVE, LEGISLATIVE, AND JUDICIAL BRANCHES OF THE GOVERNMENT OF GUAM FOR FISCAL YEAR ENDING SEPTEMBER 30, 2023, MAKING OTHER APPROPRIATIONS, AND ESTABLISHING MISCELLANEOUS AND ADMINISTRATIVE PROVISIONS,"** was on the 31st day of August 2022, duly and regularly passed.

Therese M. Terlaje

**Therese M. Terlaje**
**Speaker**

Attested:

Amanda Shelton

**Amanda L. Shelton**
**Legislative Secretary**

---

This Act was received by *I Maga'hågan Guåhan* this 31 day of Aug, 2022, at 10:34 o'clock P.M.

PO3 MA Staffy-Lizama

Assistant Staff Officer
*Maga'håga's* Office

APPROVED:

Lou Leon Guerrero

Lourdes A. Leon Guerrero
*I Maga'hågan Guåhan*

Date: 9/12/2022

Public Law No. 36-107

RCVD AT CENTRAL FILES
SEP 1 '22 AM9:20
Elaine Tajalle

*I MINA'TRENTAI SAIS NA LIHESLATURAN GUÅHAN*
**2022 (SECOND) Regular Session**

**Bill No. 276-36 (COR)**
As substituted by the Committee on General Government Operations, Appropriations, and Housing; and amended in the Committee of the Whole.

Introduced by:

Committee on Rules
by request of *I Maga'hågan Guåhan*, the Governor of Guam, in accordance with the Organic Act of Guam.

**AN ACT MAKING APPROPRIATIONS FOR THE OPERATIONS OF THE EXECUTIVE, LEGISLATIVE, AND JUDICIAL BRANCHES OF THE GOVERNMENT OF GUAM FOR FISCAL YEAR ENDING SEPTEMBER 30, 2023, MAKING OTHER APPROPRIATIONS, AND ESTABLISHING MISCELLANEOUS AND ADMINISTRATIVE PROVISIONS.**

**BE IT ENACTED BY THE PEOPLE OF GUAM:**

## CHAPTER I

## GENERAL PROVISIONS

**Section 1. Short Title.** This Act shall be known as the **"General Appropriations Act of 2023."** Except as otherwise provided by this Act, the appropriations made by this Act shall be available to pay for Fiscal Year 2023 obligations incurred on or after October 1, 2022 but not later than September 30, 2023. If any appropriation in this Act is found contrary to federal law, all other portions of this Act shall remain valid.

## CHAPTER XIII

## ADMINISTRATIVE PROVISIONS

### PART I – SPENDING CONTROLS ADMINISTRATIVE PROVISIONS

**Section 1. Government-Funded Travel Prohibited.** Funds appropriated by this Act shall not be expended for off-island travel or per diem expenses by government employees and officials, except for:

(a) travel that is federally-funded;

(b) travel that is specifically required to administer or secure federal grants;

(c) travel to promote tourism on Guam; provided, that such travel is paid for by the Tourist Attraction Fund and is restricted to the GVB General Manager or his/her designee, and appropriate GVB staff and cultural performers as are identified by the Board of Directors as necessary to accomplish the goal of the travel;

(d) travel by law enforcement personnel conducting an official investigation and law enforcement personnel providing escort services for criminal suspects, detainees, and convicted felons being returned to Guam for judicial proceedings or being transferred to off-island correctional facilities;

(e) travel by medical personnel providing escort services for patients requiring off-island medical treatment and other escorts as specifically authorized by the Department of Public Health and Social Services pursuant to Guam law;

(f) travel necessary for the enforcement of court orders;

(g) travel under the Residential Treatment Fund;

(h) travel required for witnesses testifying on behalf of, and government attorneys representing the government or the people of Guam in a criminal or civil case;

(i) travel to attend conferences and official meetings with national and regional government officials or national and regional organizations of which the entity is an official member where attendance is necessary to advancing Guam's interests during Fiscal Year 2023 and as approved by a governing board or Director;

(j) Executive Security functions under the Guam Police Department for the purpose of providing Executive Security to *I Maga'hågan Guåhan* and *I Sigundo Maga'låhen Guåhan* when traveling off-island to represent the people of Guam at meetings and functions determined critical to the welfare of Guam;

(k) travel to testify on issues related to Guam's political status; or

(l) travel to testify at the invitation of the U.S. Congress on legislation that is supported by the Guam Legislature as indicated by a legislative resolution.

**Section 2. Wireless Communications Restrictions.**

(a) No government of Guam funds, regardless of source and including funds expended by autonomous agencies, shall be expended for the use of cellular telephones, cellular telephone services, and other wireless telephone services, unless the government of Guam will be reimbursed by federal funds or other grants. This Section shall not apply to *I Maga'hågan Guåhan*; *I Sigundo Maga'låhen Guåhan*; the Speaker of *I Liheslaturan Guåhan*; the Chief Justice of the Supreme Court of Guam; the Presiding Judge of the Superior Court of Guam; the Crisis Hotline Program of the Guam Behavioral Health and Wellness Center; law enforcement officials; on-call attorneys of the Office of the Attorney General and the Public Defender Service Corporation; on-call health professionals of the Guam Memorial Hospital Authority, the Guam Behavioral Health and Wellness Center, and the Department of Public Health and Social Services; village Mayors and Vice Mayors;

EXHIBIT “D”

***I Mina'trentai Siette Na Liheslaturan Guåhan***
**BILL STATUS**

| BILL NO. | SPONSOR | TITLE | DATE INTRODUCED | DATE REFERRED | CMTE REFERRED | FISCAL NOTES | PUBLIC HEARING DATE | DATE COMMITTEE REPORT FILED | NOTES |
|---|---|---|---|---|---|---|---|---|---|
| **26-37 (COR)** As substituted by the Committee on General Government Operations and Appropriations; and amended in the Committee of the Whole | Committee on Rules by request of *I Maga'hågan Guåhan*, the Governor of Guam, in accordance with the Organic Act of Guam. | AN ACT MAKING APPROPRIATIONS FOR THE OPERATIONS OF THE EXECUTIVE, LEGISLATIVE, AND JUDICIAL BRANCHES OF THE GOVERNMENT OF GUAM FOR FISCAL YEAR ENDING SEPTEMBER 30, 2024, MAKING OTHER APPROPRIATIONS, AND ESTABLISHING MISCELLANEOUS AND ADMINISTRATIVE PROVISIONS. | 2/1/23 12:47 p.m. | 2/2/23 | Committee on General Government Operations and Appropriations | | | 8/7/23 2:33 p.m. As substituted by the Committee on General Government Operations and Appropriations | 8/7/23 As substituted by the Committee on General Government Operations and Appropriations |
| | **SESSION DATE** | **TITLE** | **DATE PASSED** | **TRANSMITTED** | **DUE DATE** | **PUBLIC LAW NO.** | **LAPSED** | **NOTES** | |
| | 8/7/23 | AN ACT MAKING APPROPRIATIONS FOR THE OPERATIONS OF THE EXECUTIVE, LEGISLATIVE, AND JUDICIAL BRANCHES OF THE GOVERNMENT OF GUAM FOR FISCAL YEAR ENDING SEPTEMBER 30, 2024, MAKING OTHER APPROPRIATIONS, AND ESTABLISHING MISCELLANEOUS AND ADMINISTRATIVE PROVISIONS. | 8/30/23 | 8/30/23 | 9/11/23 | 37-42 | 9/11/23 | Received: 9/11/23 Messages and Communications Doc. No. 37GL-23-0949 | |

*I MINA'TRENTAI SIETTE NA LIHESLATURAN GUÅHAN*
**2023 (FIRST) Regular Session**

**CERTIFICATION OF PASSAGE OF AN ACT TO *I MAGA'HÅGAN GUÅHAN***

This is to certify that **Substitute Bill No. 26-37 (COR), "AN ACT MAKING APPROPRIATIONS FOR THE OPERATIONS OF THE EXECUTIVE, LEGISLATIVE, AND JUDICIAL BRANCHES OF THE GOVERNMENT OF GUAM FOR FISCAL YEAR ENDING SEPTEMBER 30, 2024, MAKING OTHER APPROPRIATIONS, AND ESTABLISHING MISCELLANEOUS AND ADMINISTRATIVE PROVISIONS,"** was on the 30th day of August 2023, duly and regularly passed.

Therese M. Terlaje

**Therese M. Terlaje**
**Speaker**

Attested:

Amanda Shelton

**Amanda L. Shelton**
**Legislative Secretary**

---

This Act was received by *I Maga'hågan Guåhan* this 30th day of August, 2023, at 6:37 o'clock P.M.

Assistant Staff Officer
*Maga'håga's* Office

APPROVED:

Lourdes A. Leon Guerrero
*I Maga'hågan Guåhan*

Date: 9/11/2023

Public Law No. 37-42

2023-19828
OFFICE OF THE GOVERNOR
CENTRAL FILES
Jomichael Quinata
RECEIVED BY
TIME 8:15 8-31-23

*I MINA'TRENTAI SIETTE NA LIHESLATURAN GUÅHAN*
**2023 (FIRST) Regular Session**

**Bill No. 26-37 (COR)**
As substituted by the Committee on General Government Operations and Appropriations; and amended in the Committee of the Whole.

Introduced by:

Committee on Rules
by request of *I Maga'hågan Guåhan*, the Governor of Guam, in accordance with the Organic Act of Guam.

**AN ACT MAKING APPROPRIATIONS FOR THE OPERATIONS OF THE EXECUTIVE, LEGISLATIVE, AND JUDICIAL BRANCHES OF THE GOVERNMENT OF GUAM FOR FISCAL YEAR ENDING SEPTEMBER 30, 2024, MAKING OTHER APPROPRIATIONS, AND ESTABLISHING MISCELLANEOUS AND ADMINISTRATIVE PROVISIONS.**

**BE IT ENACTED BY THE PEOPLE OF GUAM:**

**CHAPTER I**

**GENERAL PROVISIONS**

**Section 1. Short Title.** This Act shall be known as the "**General Appropriations Act of 2024.**" Except as otherwise provided by this Act, the appropriations made by this Act shall be available to pay for Fiscal Year 2024 obligations incurred on or after October 1, 2023, but not later than September 30, 2024. If any appropriation in this Act is found contrary to federal law, all other portions of this Act shall remain valid.



Case 1:26-cv-00017 Document 23 Filed 08/26/26 Page 23 of 47

**CHAPTER XIII**

**ADMINISTRATIVE PROVISIONS**

**PART I – SPENDING CONTROLS ADMINISTRATIVE PROVISIONS**

**Section 1. Government-Funded Travel Prohibited.** Funds appropriated by this Act shall not be expended for off-island travel or per diem expenses by government employees and officials, except for:

(a) travel that is federally-funded;

(b) travel that is specifically required to administer or secure federal grants;

(c) travel to promote tourism on Guam; provided, that such travel is paid for by the Tourist Attraction Fund and is restricted to the GVB General Manager or his/her designee, appropriate GVB staff, board members, cultural performers, and village leaders as approved by the General Manager;

(d) travel by law enforcement personnel conducting an official investigation and law enforcement personnel providing escort services for criminal suspects, detainees, and convicted felons being returned to Guam for judicial proceedings or being transferred to off-island correctional facilities;

(e) travel by medical personnel providing escort services for patients requiring off-island medical treatment and other escorts as specifically authorized by the Department of Public Health and Social Services pursuant to Guam law;

(f) travel necessary for the enforcement of court orders;

(g) travel under the Residential Treatment Fund;

(h) travel required for witnesses testifying on behalf of, and government attorneys representing the government or the people of Guam in a criminal or civil case;



Case 1:26-cv-00017 Document 23 Filed 08/26/26 Page 24 of 47

(i) travel to attend conferences and official meetings with national and regional government officials or national and regional organizations of which the entity is an official member where attendance is necessary to advancing Guam's interests during Fiscal Year 2024 and as approved by a governing board or Director;

(j) Executive Security functions under the Guam Police Department for the purpose of providing Executive Security to *I Maga'hågan Guåhan* and *I Sigundo Maga'låhen Guåhan* when traveling off-island to represent the people of Guam at meetings and functions determined critical to the welfare of Guam;

(k) travel to testify on issues related to Guam's political status; or

(l) travel to testify at the invitation of the U.S. Congress on legislation that is supported by the Guam Legislature as indicated by a legislative resolution.

**Section 2. Wireless Communications Restrictions.**

(a) No government of Guam funds, regardless of source and including funds expended by autonomous agencies, shall be expended for the use of cellular telephones, cellular telephone services, and other wireless telephone services, unless the government of Guam will be reimbursed by federal funds or other grants. This Section shall not apply to *I Maga'hågan Guåhan*; *I Sigundo Maga'låhen Guåhan*; the Speaker of *I Liheslaturan Guåhan*; the Chief Justice of the Supreme Court of Guam; the Presiding Judge of the Superior Court of Guam; the Crisis Hotline Program of the Guam Behavioral Health and Wellness Center; law enforcement officials; on-call attorneys of the Office of the Attorney General and the Public Defender Service Corporation; on-call health professionals of the Guam Memorial Hospital Authority, the Guam Behavioral Health and Wellness Center, and the Department of Public Health and Social Services; village Mayors and Vice Mayors;



Case 1:26-cv-00017 Document 23 Filed 08/26/26 Page 25 of 47

# EXHIBIT "E"

*I Mina'trentai Siette Na Liheslaturan Guåhan*
**BILL STATUS**

| BILL NO. | SPONSOR | TITLE | DATE INTRODUCED | DATE REFERRED | CMTE REFERRED | FISCAL NOTES | PUBLIC HEARING DATE | DATE COMMITTEE REPORT FILED | NOTES |
|---|---|---|---|---|---|---|---|---|---|
| 236-37 (COR) As substituted on the Floor; and amended in the Committee of the Whole | Committee on Rules by request of *I Maga'hågan Guåhan*, the Governor of Guam, in accordance with the Organic Act of Guam. | AN ACT MAKING APPROPRIATIONS FOR THE OPERATIONS OF THE EXECUTIVE BRANCH OF THE GOVERNMENT OF GUAM FOR FISCAL YEAR ENDING SEPTEMBER 30, 2025, MAKING OTHER APPROPRIATIONS, AND ESTABLISHING MISCELLANEOUS AND ADMINISTRATIVE PROVISIONS. | 2/2/24 12:14 p.m. | 2/2/24 | Committee on General Government Operations and Appropriations | | | 8/1/24 1:40 p.m. | |
| | **SESSION DATE** | **TITLE** | **DATE PASSED** | **TRANSMITTED** | **DUE DATE** | **PUBLIC LAW NO.** | **DATE SIGNED** | **NOTES** | |
| | 8/14/24 | AN ACT MAKING APPROPRIATIONS FOR THE OPERATIONS OF THE EXECUTIVE, LEGISLATIVE, AND JUDICIAL BRANCHES OF THE GOVERNMENT OF GUAM FOR FISCAL YEAR ENDING SEPTEMBER 30, 2025, MAKING OTHER APPROPRIATIONS, AND ESTABLISHING MISCELLANEOUS AND ADMINISTRATIVE PROVISIONS. | 8/30/24 | 8/30/24 | 9/11/24 | 37-125 | 9/11/24 | Received: 9/11/24 Messages and Communications Doc. No. 37GL-24-2669 | |

*I MINA'TRENTAI SIETTE NA LIHESLATURAN GUÅHAN*
**2024 (SECOND) Regular Session**

**CERTIFICATION OF PASSAGE OF AN ACT TO *I MAGA'HÅGAN GUÅHAN***

This is to certify that **Substitute Bill No. 236-37 (COR), "AN ACT MAKING APPROPRIATIONS FOR THE OPERATIONS OF THE EXECUTIVE, LEGISLATIVE, AND JUDICIAL BRANCHES OF THE GOVERNMENT OF GUAM FOR FISCAL YEAR ENDING SEPTEMBER 30, 2025, MAKING OTHER APPROPRIATIONS, AND ESTABLISHING MISCELLANEOUS AND ADMINISTRATIVE PROVISIONS,"** was on the 30th day of August 2024, duly and regularly passed.

Therese M. Terlaje
**Therese M. Terlaje**
**Speaker**

Attested:

Amanda Shelton
**Amanda L. Shelton**
**Legislative Secretary**

---

This Act was received by *I Maga'hågan Guåhan* this 30th day of August, 2024, at 3:31 o'clock P.M.

Assistant Staff Officer
*Maga'håga*'s Office

APPROVED:

Lou Leon Guerrero
Lourdes A. Leon Guerrero
*I Maga'hågan Guåhan*

Date: 9/11/2024

Public Law No. 35-125

2024-22217
OFFICE OF THE GOVERNOR
CENTRAL FILES OFFICE
Rec'd By: Elaine Taialle
Date: 8/30/24 Time: 3:31pm

*I MINA'TRENTAI SIETTE NA LIHESLATURAN GUÅHAN*
**2024 (SECOND) Regular Session**

**Bill No. 236-37 (COR)**
As substituted on the Floor; and amended in the Committee of the Whole.

Introduced by:

Committee on Rules
by request of *I Maga'hågan Guåhan*, the Governor of Guam, in accordance with the Organic Act of Guam.

**AN ACT MAKING APPROPRIATIONS FOR THE OPERATIONS OF THE EXECUTIVE, LEGISLATIVE, AND JUDICIAL BRANCHES OF THE GOVERNMENT OF GUAM FOR FISCAL YEAR ENDING SEPTEMBER 30, 2025, MAKING OTHER APPROPRIATIONS, AND ESTABLISHING MISCELLANEOUS AND ADMINISTRATIVE PROVISIONS.**

**BE IT ENACTED BY THE PEOPLE OF GUAM:**

**CHAPTER I**

**GENERAL PROVISIONS**

**Section 1. Short Title.** This Act shall be known as the **"General Appropriations Act of 2025."** Except as otherwise provided by this Act, the appropriations made by this Act shall be available to pay for Fiscal Year 2025 obligations incurred on or after October 1, 2024, but not later than September 30, 2025. If any appropriation in this Act is found contrary to federal law, all other portions of this Act shall remain valid.

**Section 2. Estimated Revenues for Fiscal Year 2025.** Notwithstanding § 22436, Chapter 22, Title 5 GCA, *I Liheslaturan Guåhan* adopts the following



Case 1:26-cv-00017 Document 23 Filed 08/26/26 Page 29 of 47

## CHAPTER XIII

## ADMINISTRATIVE PROVISIONS

### PART I – SPENDING CONTROLS ADMINISTRATIVE PROVISIONS

**Section 1. Government-Funded Travel Prohibited.** Funds appropriated by this Act shall not be expended for off-island travel or per diem expenses by government employees and officials, except for:

(a) travel that is federally-funded;

(b) travel that is specifically required to administer or secure federal grants;

(c) travel to promote tourism on Guam; provided, that such travel is paid for by the Tourist Attraction Fund and is restricted to the GVB General Manager or his/her designee, appropriate GVB staff, board members, cultural performers, and village leaders as approved by the General Manager;

(d) travel by law enforcement personnel conducting an official investigation and law enforcement personnel providing escort services for criminal suspects, detainees, and convicted felons being returned to Guam for judicial proceedings or being transferred to off-island correctional facilities;

(e) travel by medical personnel providing escort services for patients requiring off-island medical treatment and other escorts as specifically authorized by the Department of Public Health and Social Services pursuant to Guam law;

(f) travel necessary for the enforcement of court orders;

(g) travel under the Residential Treatment Fund;

(h) travel required for witnesses testifying on behalf of, and government attorneys representing the government or the people of Guam in a criminal or civil case;

(i) travel to attend conferences and official meetings with national and regional government officials or national and regional organizations of which the entity is an official member where attendance is necessary to advancing Guam's interests during Fiscal Year 2025 and as approved by a governing board or Director;

(j) Executive Security functions under the Guam Police Department for the purpose of providing Executive Security to *I Maga'hågan Guåhan* and *I Sigundo Maga'låhen Guåhan* when traveling off-island to represent the people of Guam at meetings and functions determined critical to the welfare of Guam;

(k) travel to testify on issues related to Guam's political status; or

(l) travel to testify at the invitation of the U.S. Congress on legislation that is supported by the Guam Legislature as indicated by a legislative resolution.

**Section 2. Wireless Communications Restrictions.**

(a) No government of Guam funds, regardless of source and including funds expended by autonomous agencies, shall be expended for the use of cellular telephones, cellular telephone services, and other wireless telephone services, unless the government of Guam will be reimbursed by federal funds or other grants. This Section shall not apply to *I Maga'hågan Guåhan*; *I Sigundo Maga'låhen Guåhan*; the Speaker of *I Liheslaturan Guåhan*; the Chief Justice of the Supreme Court of Guam; the Presiding Judge of the Superior Court of Guam; the Crisis Hotline Program of the Guam Behavioral Health and Wellness Center; law enforcement officials; on-call attorneys of the Office of the Attorney General and the Public Defender Service Corporation; on-call health professionals of the Guam Memorial Hospital Authority, the Guam Behavioral Health and Wellness Center, and the

# EXHIBIT "F"

## *I Mina'trentai Ocho Na Liheslaturan Guåhan*
## BILL STATUS

| BILL NO. | SPONSOR | TITLE | DATE INTRODUCED | DATE REFERRED | CMTE REFERRED | FISCAL NOTES | PUBLIC HEARING DATE | DATE COMMITTEE REPORT FILED | NOTES |
|---|---|---|---|---|---|---|---|---|---|
| 44-38 (COR) As substituted on the Floor; and amended in the Committee of the Whole. | Committee on Rules by request of *I Maga'hågan Guåhan*, the Governor of Guam, in accordance with the Organic Act of Guam | AN ACT MAKING APPROPRIATIONS FOR THE OPERATIONS OF THE EXECUTIVE BRANCH OF THE GOVERNMENT OF GUAM FOR FISCAL YEAR ENDING SEPTEMBER 30, 2026, MAKING OTHER APPROPRIATIONS, AND ESTABLISHING MISCELLANEOUS AND ADMINISTRATIVE PROVISIONS. | 1/31/25 7:28 p.m. | 2/6/25 | Committee on Finance and Government Operations. | | Refer to Committee Report | 8/1/25 | **VETOED** |
| | **SESSION DATE** | **TITLE** | **DATE PASSED** | **TRANSMITTED** | **DUE DATE** | **NOTES** | | | |
| | 7/28/25 | AN ACT MAKING APPROPRIATIONS FOR THE OPERATIONS OF THE EXECUTIVE, LEGISLATIVE, AND JUDICIAL BRANCHES OF THE GOVERNMENT OF GUAM FOR FISCAL YEAR ENDING SEPTEMBER 30, 2026, MAKING OTHER APPROPRIATIONS, AND ESTABLISHING MISCELLANEOUS AND ADMINISTRATIVE PROVISIONS. | 8/22/25 | 8/25/25 | 9/5/25 | Received: 9/5/25 Mess and Comm. Doc. No. 38GL-25-1130 | | | |
| | **SESSION DATE** | | **DATE OVERRIDDEN** | **TRANSMITTED** | **PUBLIC LAW NO.** | **DATE SIGNED** | **NOTES** | | |
| | 9/29/25 | | 9/29/25 | 9/30/25 | 38-60 | 9/30/25 | Received: 9/30/25 Mess and Comm. Doc. No. 38GL-25-1217 | | |



Case 1:26-cv-00017 Document 23 Filed 08/26/26 Page 33 of 47

*I MINA'TRENTAI OCHO NA LIHESLATURAN GUÅHAN*
**2025 (FIRST) Regular Session**

## CERTIFICATION OF PASSAGE OF AN ACT TO *I MAGA'HÅGAN GUÅHAN*

This is to certify that **VETOED Bill No. 44-38 (COR), "AN ACT MAKING APPROPRIATIONS FOR THE OPERATIONS OF THE EXECUTIVE, LEGISLATIVE, AND JUDICIAL BRANCHES OF THE GOVERNMENT OF GUAM FOR FISCAL YEAR ENDING SEPTEMBER 30, 2026, MAKING OTHER APPROPRIATIONS, AND ESTABLISHING MISCELLANEOUS AND ADMINISTRATIVE PROVISIONS,"** was reconsidered by *I Liheslaturan Guåhan* and after such consideration, did agree, on the 29th day of September 2025, to pass said bill notwithstanding the objections of *I Maga'hågan Guåhan* by a vote of eleven (11) members.

**Frank F. Blas, Jr.**
**Speaker**

Attested:

**Sabrina Salas Matanane**
**Legislative Secretary**

---

This Act was received by *I Maga'hågan Guåhan* this 30th day of September, 2025, at 10:50 o'clock A .M.

Assistant Staff Officer
*Maga'håga*'s Office

38GL-25-1217
Messages and Communications
RECEIVED
COMMITTEE ON RULES
September 30, 2025
5:00 p.m.
Marie Crisostomo

Public Law No. 38-60

38GL-25-1217
OFFICE OF THE SPEAKER
FRANK F. BLAS JR.
SEP 30 2025
Time: 4:22pm
Received:

2025-24589
OFFICE OF THE GOVERNOR
CENTRAL FILES OFFICE
Rec'd By: Elaine Tajalle
Date: 9/30/25 Time: 10:50 Am

Doc. No. 38GL-25-1217 *

*I MINA'TRENTAI OCHO NA LIHESLATURAN GUÅHAN*
**2025 (FIRST) Regular Session**

**Bill No. 44-38 (COR)**
As substituted on the Floor; and amended in the Committee of the Whole.

Introduced by: Committee on Rules by request of *I Maga'hågan Guåhan*, the Governor of Guam, in accordance with the Organic Act of Guam.

**AN ACT MAKING APPROPRIATIONS FOR THE OPERATIONS OF THE EXECUTIVE, LEGISLATIVE, AND JUDICIAL BRANCHES OF THE GOVERNMENT OF GUAM FOR FISCAL YEAR ENDING SEPTEMBER 30, 2026, MAKING OTHER APPROPRIATIONS, AND ESTABLISHING MISCELLANEOUS AND ADMINISTRATIVE PROVISIONS.**

**BE IT ENACTED BY THE PEOPLE OF GUAM:**

## CHAPTER I

## GENERAL PROVISIONS

**Section 1. Short Title.** This Act shall be known as the "**General Appropriations Act of 2026.**" Except as otherwise provided by this Act, the appropriations made by this Act shall be available to pay for Fiscal Year 2026 obligations incurred on or after October 1, 2025, but not later than September 30, 2026. If any appropriation in this Act is found contrary to federal law, all other portions of this Act shall remain valid.

## CHAPTER XIII

## ADMINISTRATIVE PROVISIONS

### PART I – SPENDING CONTROLS ADMINISTRATIVE PROVISIONS

**Section 1. Government-Funded Travel Prohibited.** Funds appropriated by this Act shall not be expended for off-island travel or per diem expenses by government employees and officials, except for:

(a) travel that is federally-funded;

(b) travel that is specifically required to administer or secure federal grants;

(c) travel to promote tourism on Guam; provided, that such travel is paid for by the Tourist Attraction Fund and is restricted to the GVB General Manager or his/her designee, appropriate GVB staff, board members, cultural performers, and village leaders as approved by the General Manager;

(d) travel by law enforcement personnel conducting an official investigation and law enforcement personnel providing escort services for criminal suspects, detainees, and convicted felons being returned to Guam for judicial proceedings or being transferred to off-island correctional facilities;

(e) travel by medical personnel providing escort services for patients requiring off-island medical treatment and other escorts as specifically authorized by the Department of Public Health and Social Services pursuant to Guam law;

(f) travel necessary for the enforcement of court orders;

(g) travel under the Residential Treatment Fund;

(h) travel required for witnesses testifying on behalf of, and government attorneys representing the government or the people of Guam in a criminal or civil case;

(i) travel to attend conferences and official meetings with national and regional government officials or national and regional organizations of which the entity is an official member where attendance is necessary to advancing Guam's interests during Fiscal Year 2026 and as approved by a governing board or Director;

(j) Executive Security functions under the Guam Police Department for the purpose of providing Executive Security to *I Maga'hågan Guåhan* and *I Sigundo Maga'låhen Guåhan* when traveling off-island to represent the people of Guam at meetings and functions determined critical to the welfare of Guam;

(k) travel to testify on issues related to Guam's political status; or

(l) travel to testify at the invitation of the U.S. Congress on legislation that is supported by the Guam Legislature as indicated by a legislative resolution.

**Section 2. Wireless Communications Restrictions.**

(a) No government of Guam funds, regardless of source and including funds expended by autonomous agencies, shall be expended for the use of cellular telephones, cellular telephone services, and other wireless telephone services, unless the government of Guam will be reimbursed by federal funds or other grants. This Section shall not apply to *I Maga'hågan Guåhan*; *I Sigundo Maga'låhen Guåhan*; the Speaker of *I Liheslaturan Guåhan*; the Chief Justice of the Supreme Court of Guam; the Presiding Judge of the Superior Court of Guam; the Crisis Hotline Program of the Guam Behavioral Health and Wellness Center; law enforcement officials; on-call attorneys of the Office of the Attorney General and the Public Defender Service Corporation; on-call health professionals of the Guam Memorial Hospital Authority, the Guam Behavioral Health and Wellness Center, and the Department of Public Health and Social Services; village Mayors and Vice Mayors;

Guam Fire Department and EMS officials; on-call emergency management personnel; the Chief Medical Examiner; the Guam Election Commission; and the Guam Visitors Bureau. The restrictions in this Section shall not apply to wireless internet services, stationary (non-mobile) wireless telephone, and wireless voice over internet protocol (VOIP) services.

(b) No appointing authority, manager, supervisor, or public officer in any branch of the government of Guam shall require or exert undue influence on any classified or unclassified employee of any branch of the government of Guam to maintain or utilize for employment-related duties, at such employee's personal expense, any form of wireless and/or internet communications, phone, tablet, or desktop or laptop computer. Nothing herein, however, shall be construed to prevent an employer from calling an employee at a wireless phone/radio if the employee designates such wireless phone/radio as a personal contact number. Nothing herein shall be construed as to prevent an employee, voluntarily and on his own accord, from using personal funds or resources for wireless telephone services. An employee in violation of this Subsection is subject to a fine not to exceed Fifty Dollars ($50.00) for the first violation, and One Hundred Dollars ($100.00) for subsequent violations.

**Section 3. Restriction on the Home Use of Government of Guam Vehicles.** Except as expressly permitted by § 1103(c), Chapter 1, Title 4 GCA, or any other law, no government of Guam owned, leased, or rented vehicle may be driven home by an employee unless such employee is on call as an emergency first responder.

**Section 4. Annual Procurement Plan Requirement.** Pursuant to § 5010 of Chapter 5, Title 5, Guam Code Annotated, departments and agencies shall submit to the General Services Agency (GSA) a projected annual procurement plan at the start of each fiscal year by October 31, 2025. Plans shall include equipment, services, and supplies (e.g., vehicles, copiers, computers, heavy equipment, security, ground

maintenance, janitorial and construction supplies, food supplies, etc.), by category, together with appropriate specifications or scope of work.

**Section 5. Purchasing First Class or Business Class Airfare Prohibited.** Notwithstanding any other provision of law, rule, or regulation to the contrary, the government of Guam shall not purchase first class or business class airfare. They shall be authorized to purchase only coach or economy airfare. Any employee electing to upgrade their airline seat shall be required to either use their personal mileage or pay the incremental difference in the cost. This Section shall not apply to *I Maga'hågan Guåhan*; *I Sigundo Maga'låhen Guåhan*; the Speaker of *I Liheslaturan Guåhan*; the Chief Justice of the Supreme Court of Guam; and the Presiding Judge of the Superior Court of Guam.

# EXHIBIT "G"

***I Mina'trentai Ocho Na Liheslaturan Guåhan***
**BILL STATUS**

| BILL NO. | SPONSOR | TITLE | DATE INTRODUCED | DATE REFERRED | CMTE REFERRED | FISCAL NOTES | PUBLIC HEARING DATE | DATE COMMITTEE REPORT FILED | NOTES |
|---|---|---|---|---|---|---|---|---|---|
| 279-38 (COR) As amended on the Floor. | Jesse A. Lujan<br>Christopher M. Dueñas | AN ACT TO *AMEND* SECTION 1 OF PART 1, CHAPTER XIII, PUBLIC LAW 38-60, RELATIVE TO TRAVEL AUTHORIZATIONS FOR THE GUAM VISITORS' BUREAU. | 2/16/26<br>4:24 p.m. | 2/20/26 | Committee on Finance and Government Operations. | Request: 2/20/26<br>Waiver: 2/27/26 | 3/4/26<br>10:00 a.m. | 3/12/26 | |
| | **SESSION DATE** | **TITLE** | **DATE PASSED** | **TRANSMITTED** | **DUE DATE** | **VETOED** | **NOTES** | | |
| | 3/23/26 | AN ACT TO *AMEND* SECTION 1 OF PART 1, CHAPTER XIII, PUBLIC LAW 38-60, RELATIVE TO TRAVEL AUTHORIZATIONS FOR THE GUAM VISITORS' BUREAU. | 3/27/26 | 3/27/26 | 4/8/26 | 4/8/26 | Received: 4/8/26<br>Mess and Comm. Doc. No. 638GL-26-2176 | | |

LOURDES A. LEON GUERRERO
GOVERNOR

JOSHUA F. TENORIO
LT. GOVERNOR

UFISINAN I MAGA'HÅGAN GUÅHAN
OFFICE OF THE GOVERNOR OF GUAM

38GL-26-2176

OFFICE OF THE SPEAKER
FRANK F. BLAS JR.

APR 08 2026

Time: 4:27pm
Received: [signature]

**Transmitted via Email to:** speakerblas@guamlegislature.org

April 8, 2026

**The Hon. Frank Blas, Jr.**, *Speaker*
*I Mina'trentai Ocho Na Liheslaturan Guåhan*
38th Guam Legislature
Guam Congress Building
163 Chalan Santo Papa
Hagåtña, Guam 96910

**Re: Bill No. 279-38 (COR), "AN ACT TO *AMEND* SECTION 1 OF PART 1, CHAPTER XIII, PUBLIC LAW 38-60, RELATIVE TO TRAVEL AUTHORIZATIONS FOR THE GUAM VISITORS' BUREAU."**

*Håfa Adai* Mr. Speaker,

Bill No. 279-38 (COR) seeks to strengthen oversight of off-island travel funded by the Tourist Attraction Fund. Accountability in the use of public funds is important, and this Administration supports reasonable safeguards that promote transparency and public confidence.

However, this measure is directed specifically toward the Guam Visitors Bureau, imposing additional restrictions on the agency without establishing a broader and consistent standard across government, or explaining why this measure is necessary for only GVB. Oversight mechanisms should be applied in a uniform manner, particularly when they govern the use of public funds. Establishing a different standard for one entity raises concerns about consistency in policy and application.

Legislative action in recent years has further reflected different approaches to this issue. Prior measures provided greater flexibility for GVB leadership, while this bill adopts a more restrictive framework. This shift highlights the need for a consistent and uniform policy that applies across administrations.

Comparable governance models already exist within other autonomous agencies. For example, the Guam International Airport Authority uses a structured approval system that separates requesting and authorizing officials depending on the traveler. Travel by senior leadership and board members requires approval at the board level, while employee travel is reviewed and approved within executive management. Similarly, the Port Authority of Guam requires board approval for travel by its General Manager, while the General Manager approves travel for other personnel. These frameworks provide clear accountability while preserving operational flexibility. Bill No. 279-38

(COR) does not follow a similar approach across agencies and instead applies a different, and more restrictive, framework to GVB without a clear policy basis.

This bill also carries the implication that additional controls are needed in response to current practices. To the extent this measure suggests that current leadership requires additional oversight, the record does not support that conclusion. Testimony presented to the Legislature reflects that GVB leadership has exercised discipline and responsibility in the use of Tourist Attraction Fund resources. GVB leadership has demonstrated consistent and appropriate judgment in the approval of travel. There is no clear showing that current travel practices have been excessive or misused.

The testimony of GVB President and CEO Régine Biscoe Lee further reflects the realities of the tourism industry. Tourism is fast moving and highly competitive. Opportunities for airline partnerships, trade engagement, and destination marketing do not always align with fixed board schedules. The ability to respond in real time is often critical to Guam's success in competitive tourism markets.

The existing framework already provides oversight while allowing the flexibility necessary to advance Guam's interests. Imposing additional restrictions on GVB alone risks limiting that flexibility without a demonstrated need. It may also hinder the Bureau's ability to respond quickly to opportunities that directly impact visitor arrivals and economic recovery.

If the Legislature seeks to establish new standards for government funded travel, it should do so through a comprehensive approach that applies consistently across agencies and is grounded in a clear policy rationale.

For these reasons, I veto Bill No. 279-38 (COR).

*Senseramente,*

Lou Leon Guerrero

**LOURDES A. LEON GUERRERO**
*I Maga'hågan Guåhan*
Governor of Guam

Enclosure(s): Bill No. 279-38 (COR) - **VETO**
cc via email: *Honorable* Joshua F. Tenorio, *Segundo Maga'låhen Guåhan*, Lt. Governor of Guam
Compiler of Laws

38GL-26-2176
Messages and Communications
RECEIVED
COMMITTEE ON RULES
April 9, 2026
10:53 a.m.
Mario Crisostomo

*I MINA'TRENTAI OCHO NA LIHESLATURAN GUÅHAN*
**2026 (SECOND) Regular Session**

**CERTIFICATION OF PASSAGE OF AN ACT TO *I MAGA'HÅGAN GUÅHAN***

This is to certify that **Bill No. 279-38 (COR), "AN ACT TO *AMEND* SECTION 1 OF PART 1, CHAPTER XIII, PUBLIC LAW 38-60, RELATIVE TO TRAVEL AUTHORIZATIONS FOR THE GUAM VISITORS' BUREAU,"** was on the 27th day of March 2026, duly and regularly passed.

**Frank F. Blas, Jr**
**Speaker**

Attested:

**Sabrina Salas Matanane**
**Legislative Secretary**

---

This Act was received by *I Maga'hågan Guåhan* this 27 day of March 2026, at 8:24 o'clock P.M.

For Assistant Staff Officer
*Maga'håga*'s Office
PO III Jesse V. Castro
Executive Security

APPROVED:

Lourdes A. Leon Guerrero
*I Maga'hågan Guåhan*

Date: 4/8 4/8/2026

Public Law No.__________

2026-25717

OFFICE OF THE GOVERNOR
CENTRAL FILES OFFICE
Rec'd By: Elaine Tajalle
Date: 3/30/26 Time: 10:05AM

Doc. No. 38GL-26-2176.*

*I MINA'TRENTAI OCHO NA LIHESLATURAN GUÅHAN*
**2026 (SECOND) Regular Session**

**Bill No. 279-38 (COR)**
As amended on the Floor.

Introduced by:

Jesse A. Lujan
Christopher M. Dueñas
V. Anthony Ada
Chris Barnett
Frank F. Blas, Jr.
Vincent A.V. Borja
Shelly V. Calvo
Eulogio Shawn Gumataotao
Tina Rose Muña-Barnes
William A. Parkinson
Sabina Flores Perez
Sabrina Salas Matanane
Joe S. San Agustin
Telo T. Taitague
Therese M. Terlaje

**AN ACT TO *AMEND* SECTION 1 OF PART 1, CHAPTER XIII, PUBLIC LAW 38-60, RELATIVE TO TRAVEL AUTHORIZATIONS FOR THE GUAM VISITORS' BUREAU.**

**BE IT ENACTED BY THE PEOPLE OF GUAM:**

**Section 1.** Section 1 of Part I, Chapter XIII, Public Law 38-60, is hereby *amended* to read as follows:

**"CHAPTER XIII**

**ADMINISTRATIVE PROVISIONS**

**PART I – SPENDING CONTROLS ADMINISTRATIVE PROVISIONS**

**Section 1. Government-Funded Travel Prohibited.** Funds appropriated by this Act shall not be expended for off-island travel or per diem expenses by government employees and officials, except for:

(a) travel that is federally-funded;

(b) travel that is specifically required to administer or secure federal grants;

(c) travel to promote tourism on Guam; provided, that such travel is paid for by the Tourist Attraction Fund and is restricted to the GVB General Manager or his/her designee, appropriate GVB staff, board members, cultural performers, and village leaders as approved by the GVB Board of Directors, and that within five (5) working days following the next duly convened meeting of the Board of Directors after completion of such travel, the GVB General Manager shall submit a written travel report to the Speaker of *I Liheslaturan Guåhan.* Such report shall include, at a minimum:

(1) the scope and purpose of the travel;

(2) the key performance indicators (KPIs) utilized to measure the outcomes of the travel;

(3) a list of all participants; and

(4) the total cost of the travel, including airfare, per diem, and any additional expenses;

(d) travel by law enforcement personnel conducting an official investigation and law enforcement personnel providing escort services for criminal suspects, detainees, and convicted felons being returned to Guam for judicial proceedings or being transferred to off-island correctional facilities;

(e) travel by medical personnel providing escort services for patients requiring off-island medical treatment and other escorts as specifically

authorized by the Department of Public Health and Social Services pursuant to Guam law;

(f) travel necessary for the enforcement of court orders;

(g) travel under the Residential Treatment Fund;

(h) travel required for witnesses testifying on behalf of, and government attorneys representing the government or the people of Guam in a criminal or civil case;

(i) travel to attend conferences and official meetings with national and regional government officials or national and regional organizations of which the entity is an official member where attendance is necessary to advancing Guam's interests during Fiscal Year 2026 and as approved by a governing board or Director;

(j) Executive Security functions under the Guam Police Department for the purpose of providing Executive Security to *I Maga'hågan Guåhan* and *I Sigundo Maga'låhen Guåhan* when traveling off-island to represent the people of Guam at meetings and functions determined critical to the welfare of Guam;

(k) travel to testify on issues related to Guam's political status; or

(l) travel to testify at the invitation of the U.S. Congress on legislation that is supported by the Guam Legislature as indicated by a legislative resolution."