**Douglas B. Moylan**
**Attorney General of Guam**
**Office of the Attorney General**
Civil Division
134 W. Soledad Avenue, Suite 302
*Hagåtña*, Guam 96910 • USA
671-475-2710 (tel) • 671-477-2493 (fax)
www.guamattorneygeneral.org

**Attorneys for the Government of Guam (Guam Visitors Bureau)**

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF GUAM

| | |
|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br>vs.<br><br>GUAM VISITORS BUREAU, a Guam public corporation, and GEORGE CHIU, in his individual capacity as Chairman of the Board of Directors of the Board of the Guam Visitors Bureau,<br><br>Defendants. | Civil Case No.: 26-00017<br><br>**Declaration of David A. Austin Objecting to Plaintiff's Request for Entry of Default** |

I, DAVID A. AUSTIN, do hereby declare as follows:

1. I am Counsel for the Guam Visitors Bureau in this action, and have personal knowledge of the facts set forth below in objection to the plaintiff's request for Entry of Dismissal.

2. Plaintiff through counsel has represented to the court that the Guam Visitors Bureau failed to file a responsive pleading by the deadline to do so, August 24, 2026. (Declaration of Joseph C. Razzano at ¶ 5)

3. Guam Visitors Bureau timely filed its Motion to Dismiss on August 24, 2026.

4. A true and correct copy of the "Notice of Electronic Filing" dated Monday August 24, 2026 at 7:51 p.m., from Pacer indicating that Document "20" had been filed in

the matter with Docket Text "First Motion to Dismiss for Lack of Jurisdiction filed by Guam Visitors Bureau. (Austin, David)" is attached hereto as Exhibit A.

5. The "Notice of Electronic Filing" also indicates that notice of the filing was electronically mailed to attorney Razzano at jrazzano@rwtguam.com, as well as four other emails associated with the office representing the plaintiff in this matter.

6. In light of Guam Visitors Bureau timely filing its Motion to Dismiss as document "20" in this matter and the Notice of Electronic filing attached hereto, it is unclear why Mr. Razzano has represented to the court that no such motion was filed.

7. As the Guam Visitors Bureau timely filed a responsive pleading in this matter the bureau objects to Plaintiff's Request for Entry of Default.

I declare under penalty of perjury that the forgoing is true and correct information to the best of my knowledge and belief.

Respectfully submitted this 28th day of August 2026, at Hagåtña, Guam,

**OFFICE OF THE ATTORNEY GENERAL**
Douglas B. Moylan, Attorney General of Guam

_*/s/ David A. Austin*_____________________
**DAVID A. AUSTIN**
Assistant Attorney General
Attorney for Defendant Guam Visitors Bureau

# EXHIBIT A

David Austin <daustin@oagguam.org>

# Activity in Case 1:26-cv-00017 Doe v. Guam Visitors Bureau et al Motion to Dismiss/Lack of Jurisdiction

1 message

**CM-ECF@gud.uscourts.gov** <CM-ECF@gud.uscourts.gov> Mon, Aug 24, 2026 at 7:51 PM
To: CM-ECF@gud.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**Civil/Criminal CM/ECF System**

**District Court of Guam**

## Notice of Electronic Filing

The following transaction was entered by Austin, David on 8/24/2026 at 7:51 PM CST and filed on 8/24/2026

**Case Name:** Doe v. Guam Visitors Bureau et al
**Case Number:** 1:26-cv-00017
**Filer:** Guam Visitors Bureau
**Document Number:** 20

**Docket Text:**
**First Motion to Dismiss for Lack of Jurisdiction filed by Guam Visitors Bureau. (Austin, David)**

**1:26-cv-00017 Notice has been electronically mailed to:**

David Allen Austin     daustin@oagguam.org, civil@oagguam.org, dtenorio-balbas@oagguam.org

Joseph C. Razzano     jrazzano@rwtguam.com, eservice@rwtguam.com, etorres@rwtguam.com, ssalas@rwtguam.com, tmadarang@rwtguam.com

Louie J. Yanza     lyanza@jurisguam.com, admin@jurisguam.com

**1:26-cv-00017 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\260824.MotionToDismissFiling.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1088563379 [Date=8/24/2026] [FileNumber=634232-0]
[b827c37f725d6e481568422900cebd892bec78a4eb1f67802fe2b56556ad517dec08
d6eb7de757b99a2e45957e2b393bb7ce581c7d03137888e53e2e2d4eabf3]]

## CERTIFICATE OF SERVICE

I certify that on August 31, 2026, I caused the foregoing Declaration of David A. Austin Objecting to Plaintiff's Request for Entry of Default to be filed electronically with the Clerk of Court through CM/ECF, which will transmit notice of filing to all counsel of record.

Respectfully submitted this 31st day of August 2026, at Hagåtña, Guam,

**OFFICE OF THE ATTORNEY GENERAL**
Douglas B. Moylan, Attorney General of Guam

_*/s/ David A. Austin*______
**DAVID A. AUSTIN**
Assistant Attorney General
Attorney for Defendant Guam Visitors Bureau