Joseph B. McDonald
McDonald Law Office LLC
Ada Plaza Center, Building A
173 Aspinall Avenue, Suite 207A
*Hagåtña*, Guam 96910
Tel: (671) 588-8866
www.guam@mcdonald.law

Attorneys for Defendant Guam Visitors Bureau

IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br>vs.<br><br>GUAM VISITORS BUREAU, a Guam public corporation, and GEORGE CHIU, in his individual capacity as Chairman of the Bord of Directors of the Board of the Guam Visitors Bureau,<br><br>Defendants. | No. 1:26-cv-00017<br><br>DECLARATION OF JOSEPH B. McDONALD IN SUPPORT OF DEFENDANT GUAM VISITORS BUREAU'S OMNIBUS MOTION TO DISQUALIFY COUNSEL; FOR WITHDRAWAL OF MOTION FILED WITHOUT CLIENT AUTHORIZATION AND CONSENT; FOR LEAVE TO FILE CLIENT-AUTHORIZED MOTION TO DISMISS |

**DECLARATION OF JOSEPH B. McDONALD**

I, JOSEPH B. McDONALD, declare as follows:

1. I am an attorney licensed to practice law in Guam and admitted to practice before this Court. I am attorney in McDonald Law Office LLC and make this declaration in support of GVB's Omnibus Motion to Disqualify Counsel; for Withdrawal of Motion Filed Without Client Authorization and Consent; and for Leave to File Client-Authorized Motion to Dismiss. Unless otherwise stated, I have personal knowledge of the facts set forth below, and if called as a witness I could and would competently testify to them.

2. Where I state facts on information and belief, I identify them as such, and I believe those facts to be true based upon my review of the Bureau's files, my communications with the Bureau's officers, and the documents attached to the Omnibus Motion.

3. GVB has retained McDonald Law Office LLC as its Legal Counsel in accordance with 12 Guam Code Ann. § 9109 (b) and the General Corporation Law, 18 GCA § 1101 *et seq*. I have acted in that capacity at all times relevant to this declaration.

4. On June 22, 2026, after Plaintiff filed the Complaint, I met with Assistant Attorney General ("AAG") David A. Austin, Attorney General ("AG") Douglas Moylan, Chief Deputy Attorney General ("CDAG") Joseph A. Guthrie, Deputy Attorney General ("DAG") Norman Lee Miller, Jr., and AAG Gonzalo Gayoso concerning this case. During that meeting, and pursuant to my client's instruction, I requested that AG Moylan designate me, Charles H. McDonald II, and Heather M. Quitugua (together, "GVB's Litigation Attorneys") as Special Assistant Attorneys General ("SAAGs") for purposes of this litigation.

5. On June 25, 2026, pursuant to GVB's instruction, Legal Counsel accepted service of the Complaint on behalf of GVB.

6. On or about June 25 and 26, 2026, I followed up with AAG Austin regarding AG Moylan's designation of GVB's Litigation Attorneys as SAAGs. No designation was made.

7. On or about July 9, 2026, I met a second time with AG Moylan, CDAG Guthrie, DAG Miller, AAG Austin, and AAG Gayoso to discuss this matter. At that meeting I repeated the Bureau's request for SAAG designations. No designation was made.

8. On July 17, 2026, in view of the approaching deadline to respond to the Complaint and the absence of any SAAG designation, I suggested to AAG Austin that an attorney at the Office of the Attorney General ("OAG") enter an appearance in this matter pending designation of SAAGs.

9. On August 7, 2026, after AG Moylan advised that the OAG would represent GVB and that AAG Austin would be assigned to the case, GVB communicated its expectations and instructions to AAG Austin. GVB required that AAG Austin obtain the Bureau's approval before filing any document with the Court, instructed him that GVB would not seek an additional extension of time to respond to the Complaint, and asked him to provide a draft response for the Bureau's review.

10. On August 10, 2026, AAG Austin and DAG Miller met with me and with Louie J. Yanza, counsel for the Chairman, to discuss this matter. Following that meeting, AAG Austin provided a draft response. The draft did not include the defenses GVB had instructed be asserted at the meeting.

11. On August 11, 2026, I provided AAG Austin with specific written instructions concerning the proposed response. AAG Austin thereafter sent GVB a letter asserting that the Bureau's interests in this matter were subordinate to the AG's interests, that the AG's direction would control the Bureau's defense, that he would not follow GVB's instructions, and that the OAG's proposed response would be filed.

12. Because GVB rejected AAG Austin's proposed response, on August 13, 2026 the OAG secured an extension of time from Plaintiff's counsel to respond to the Complaint. That extension was obtained notwithstanding GVB's August 7 instruction that no further extensions be sought.

13. On August 20, 2026, the General Manager, the Chairman, and I met with DAG Miller and AAG Gayoso. At that meeting DAG Miller and AAG Gayoso stated that the OAG represented AG Moylan's interest as the authorized official for the Government of Guam and the People of Guam. I re-emphasized GVB's position rejecting AAG Austin's proposed response and urged DAG Miller and AAG Gayoso to follow the Bureau's instructions. The Chairman likewise asked the OAG attorneys to follow GVB's instructions. Because the draft required further work, GVB instructed that another extension of time be requested.

14. Late on August 21, 2026, after an extension to August 24, 2026 had been obtained, AAG Austin provided another proposed draft response. That draft was in substantially the same form as the drafts GVB had previously rejected.

15. On August 24, 2026, AAG Austin did not file the response GVB had authorized. He instead filed the OAG's own motion to dismiss, docketed as ECF 20, which was in substantially the same form GVB had rejected on several occasions. GVB did not approve that filing. The filing omitted specific defenses GVB had instructed be asserted and represented to the Court and to Plaintiff that the OAG appears as attorneys for the Government of Guam and the People of Guam in its representation of GVB.

16. GVB was not consulted regarding, did not consent to, and was not asked to approve, the OAG's filing of its Motion to Clarify Scope of Representation, docketed as

ECF 21, or the Government of Guam's motion to intervene, docketed as ECF 22. Neither filing was submitted to GVB or to me for review before it was filed.

17. On September 3, 2026, I wrote to AAG Austin requesting that he not communicate directly with GVB because the Bureau is represented by counsel, informing him that his representation ended when GVB instructed his withdrawal, and advising him that his withdrawal from the representation is mandatory. A true and correct copy of that letter is attached to the Omnibus Motion as Exh. N.

18. On September 10, 2026, I sent an electronic mail message to AAG Austin at his Office of the Attorney General address inquiring whether he remained employed with the OAG. The message was returned to me as undelivered. No attorney at the Office of the Attorney General has communicated with GVB or with me regarding this matter since AAG Austin's letter of September 2, 2026. To my knowledge, AAG Austin has not moved to withdraw as counsel of record, no substitution of counsel has been filed, and ECF 20 has not been withdrawn.

19. Attached to the Omnibus Motion as Exhibit O is a true and correct copy of the response GVB authorized AAG Austin to file on August 24, 2026, edited only to reflect the letterhead of the undersigned Legal Counsel. Exhibit O is the Motion to Dismiss that GVB seeks leave to file through the Omnibus Motion.

20. The remaining exhibits attached to the Omnibus Motion are true and correct copies of documents maintained in my files for this matter, consisting of correspondence and electronic mail exchanged among GVB, its officers, the Office of the Attorney General, and the undersigned during the period described above.

21. McDonald Law Office LLC, together with other counsel approved by GVB, is retained, available, and prepared to appear and represent GVB immediately upon entry of an order granting the relief requested in the Omnibus Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 11, 2026, at Hagåtña, Guam.

/s/

JOSEPH B. McDONALD