GUAM VISITORS BUREAU
SETBISION BISITAN GUÅHAN

COPY

July 29, 2026

Douglas B. Moylan
Attorney General of Guam
134 W Soledad Avenue
Hagåtña, Guam 96910

Re: Jane Doe v. Guam Visitors Bureau, et al., Civil Case No. 1:26-CV-00017

*Håfa Adai* Attorney General Moylan,

Enclosed please find the Complaint filed in *Jane Doe v. Guam Visitors Bureau, et al.*, Civil Case No. 1:26-CV-00017, for your review and such action as you deem appropriate. GVB Legal Counsel has obtained an extension to Aug. 15, 2026, to respond to the Complaint.

GVB respectfully requests that you appoint Joseph McDonald, Charles McDonald, and Heather Quitugua as Special Assistant Attorneys General for purposes of this matter or otherwise direct your civil division attorneys to enter an appearance and defend the matter on behalf of GVB, in accordance with GVB's enabling law.

Please confirm as soon as practicable whether your office will make the requested appointments or otherwise inform us of your assigned attorney to appear on behalf of GVB in this case.

*Senseramente,*

Régine Biscoe Lee
President & CEO, Guam Visitors Bureau

Enclosure: Complaint in *Jane Doe v. Guam Visitors Bureau, et al.*, Civil Case No. 1:26-CV-00017

RECEIVED
11:14 7/30/26
OFFICE OF THE ATTORNEY GENERAL
SOLICITOR DIVISION
E Taimanglo

GUAM VISITORS BUREAU | SETBISION BISITAN GUÅHAN
401 Pale San Vitores Road | Tumon, Guam 96913 | (671) 646-5278 | (671) 646-8861 fax
guamvisitorsbureau.com | visitguam.com | info@visitguam.com

GUAM