GUAM VISITORS BUREAU
SETBISION BISITAN GUÅHAN

Douglas Moylan
Attorney General of Guam
David Austin
Assistant Attorney General
Office of the Attorney General
134 W Soledad Ave.
4th Floor Suite 412
Hagatna, Guam 96910

Via email to dbmoylan@oagguam.org
nmillerjr@oagguam.org
daustin@oarguam.org

SUBJ: Representation in *Jane Doe v. Guam Visitors Bureau et al*, U.S. District Court of Guam case no. 1:26-cv-00017

August 12, 2026

Dear Attorney General Moylan and Assistant Attorney General Austin:

The Guam Visitors Bureau reads AAG Austin's letter of August 11, 2026 to both contravene specific instructions provided by its legal counsel and an intent to take actions which are not in GVB's interest. GVB responds to the letter as follows:

1. GVB is a public nonprofit membership corporation established through legislative action.
2. Guam Supreme Court and Ninth Circuit and other relevant precedent since 1984 have defined GVB's status and other of its legal characteristics relevant to Jane Doe's suit.
3. On June 1, 2026, Jane Doe filed case no.1:26-cv-00017 in the United States District Court of Guam against GVB and its Chairman.
4. On or around June 22, 2026 GVB legal counsel Joseph B. McDonald met with AAG Austin, Attorney General Douglas Moylan, and other attorneys in the Office of the Attorney General to discuss the Jane Doe case and request the AG's designation of Joseph B. McDonald, Charles H. McDonald, and Heather M. Quitugua as Special Assistant Attorneys General in the Jane Doe matter.

5. On GVB's instruction, on June 25, 2026 legal counsel McDonald Law Office LLC accepted service on GVB's behalf.
6. On or around July 9, 2026, legal counsel met with AAG Austin and AG Moylan at the OAG offices to discuss the Jane Doe case and request SAAG designations.
7. As no designation had been made, GVB legal counsel Charles H. McDonald secured an extension to Aug. 14, 2026 to file a response to the Jane Doe complaint.
8. On or about June 29, 2026, GVB delivered a letter to the OAG requesting the AG's designation of Joseph B. McDonald, Charles H. McDonald II, and Heather M. Quitugua as SAAGs.
9. On Aug. 3, 2026, the AG informed GVB that he considers GVB as part of the government of Guam, that the OAG law firm would represent GVB in the Jane Doe matter, and that AAG Austin would be appointed as assigned defense counsel.
10. On Aug. 6, 2026, GVB provided AAG Austin its written instructions and expectations of his representation. The instructions included among other things its specific instruction on response to the complaint. GVB also requested information about AAG Austin's litigation experience.
11. On Aug. 10, 2026, AAG Austin met with GVB legal counsel and the GVB Chairman's attorney, Louie Yanza, to discuss the OAG's proposed draft response to the complaint and GVB's position on Jane Doe's claims.
12. On Aug. 10, 2026, AAG Austin provided a draft of the response. The draft failed to follow GVB's instructions and by implication rejected GVB's positions on Jane Doe's claims. Furthermore, AAG Austin's response and positions contradict longstanding precedent and are not in GVB's interests.
13. GVB believes that AAG Austin's draft response was approved by AG Moylan.
14. On Aug. 11, 2026, GVB legal counsel emailed AAG Austin specific instructions on the response.
15. On Aug. 11, 2026, AAG Austin emailed a letter to GVB stating that he did not represent GVB and would not follow its instructions.
16. AAG Austin's Aug. 11 letter further states that he intends to file GVB's response without regard to GVB's interests or its specifically stated positions on Jane Doe's claims.
17. AAG Austin's Aug. 11 letter further rejected prior precedent.
18. AAG Austin has neglected to provide information about his litigation experience.

GVB does not provide AAG Austin permission to file a response to Jane Doe's complaint. Because AAG Austin did not abide by GVB's instructions regarding the response to the complaint and its representation has been adversely affected as a result, GVB now instructs that a seven day extension for GVB to file a response to the complaint be requested from Jane Doe's attorney.

GVB also instructs that AAG Austin withdraw from its representation in the Jane Doe case. GVB further states:

i. GVB has no information regarding AAG Austin's relevant litigation experience.
ii. As GVB's attorney for the Jane Doe matter, AAG Austin represents GVB's interests per se and not other interests, personal, professional or otherwise.
iii. AAG Austin's appointment was to represent GVB, and he owes a duty of utmost loyalty to GVB. However, he expressly states he has divided loyalties.
iv. GVB's instruction for AAG Austin's withdrawal takes into account, among other things, his acknowledged representation of other than GVB's interests and his intent to file a response to Jane Doe's complaint on GVB's behalf, however, against GVB's express instructions and against its interests.
v. GVB finds it unacceptable and a significant, unacceptable risk that AAG Austin represents its interests with divided loyalties and other interests that affect its representation.
vi. GVB further finds it unacceptable and a significant, unacceptable risk that AAG Austin will take action in its representation which directly contravenes its express instructions, its positions on Jane Doe's claims, and that his intended action fails to avoid harm to GVB's interests.
vii. GVB is especially concerned that AAG Austin believes it to be effective representation to ignore precedent.

GVB thus concludes that its interest must be represented by an attorney who will represent its interest to the exclusion of other interests, take its instructions from it, provide advice and counsel as to how its positions can be achieved, and prosecute its case as instructed. Accordingly, GVB is compelled to instruct AAG Austin to withdraw from its representation.

AAG Austin's withdrawal from the case will leave GVB without counsel. GVB, therefore, requests that the Attorney General appoint a nonconflicted attorney to represent it in the Jane Doe matter. GVB further requests that the successor designee observe the issues with AAG Austin's representation and affirm that he or she is able to provide representation without similar disability.

**GUAM VISITORS BUREAU | SETBISION BISITAN GUÅHAN**
401 Pale San Vitores Road | Tumon, Guam 96913 | (671) 646-5278 | (671) 646-8861 fax
guamvisitorsbureau.com | visitguam.com | info@visitguam.com

Please be guided accordingly.

Sincerely,

Regine Biscoe Lee
CEO and President

George Chiu
Chairman of the Board