August 3, 2026

**Via Email to regine.lee@visitguam.org**

**Ms. Regine Biscoe Lee**
President & CEO
Guam Visitors Bureau
401 Pale San Vitores Road
*Tumon*, Guam 96913

**RE:** *Jane Doe v. Guam Visitors Bureau, et. al.; CV00017-26*

*Hafa Adai* President Lee:

Pursuant to Guam law, specifically 48 USC § 1421g(d)(1) and other local law, this law firm will provide representation on the above captioned case as we consider the Guam Visitors Bureau as part of the Government of Guam, especially for a 1983 Civil Rights Action.

Please be standing by for my assigned attorney being in communication with you and your staff to defend against this civil lawsuit. I have assigned Assistant AG David Austin to this District Court of Guam case. His email is daustin@oagguam.org. Thank you.

Respectfully,

**Douglas B. Moylan**
Attorney General of Guam

cc: David Austin, Assistant Attorney General
Lee Miller, Deputy Attorney General

**Office of the Attorney General**
**Douglas B. Moylan · Attorney General of Guam**

134 W. Soledad Avenue, Ste. 412 · Hagatna, Guam, 96910 · USA
Phone 671-475-3324 · Fax 671-477-4703 · nmillerjr@oagguam.org · www.guamattorneygeneral.org
**"Guam's Toughest Law Enforcers"**