GUAM VISITORS BUREAU
SETBISION BISITAN GUÅHAN

**Douglas Moylan**
Attorney General

**Joseph A. Guthrie**
Chief Deputy Attorney General

Office of the Attorney of Guam
134 W. Soledad Ave.
Hagatna, Guam 96910

SUBJ: Jane Doe v. GVB et al; representation of GVB; your letter of 8/14/26

August 17, 2026

Dear AG Moylan and CDAG Guthrie:

Thank you for your letter of Aug. 14. Please send a completed draft of a motion to dismiss at your soonest convenience so that we may further consider the points in your letter. After reviewing your draft, we will meet with you as requested in your letter of August 14.

Sincerely,

Régine Biscoe Lee
President and CEO

cc: George Chiu
Chairman

**GUAM VISITORS BUREAU | SETBISION BISITAN GUÅHAN**
401 Pale San Vitores Road | Tumon, Guam 96913 | (671) 646-5278 | (671) 646-8861 fax
**guamvisitorsbureau.com | visitguam.com | info@visitguam.com**



GUAM