Outlook

**Fwd: GVB Draft Motion to Dismiss**

**From** George Chiu <george.chiu@guamvisitorsbureau.com>
**Date** Tue 8/18/2026 2:55 PM
**To** Joseph McDonald <jbernard@mcdonald.law>

FYI.

Rgds/George

Begin forwarded message:

> **From:** Régine Biscoe Lee <regine.lee@visitguam.org>
> **Date:** August 18, 2026 at 11:33:56 AM GMT+10
> **To:** David Austin <daustin@oagguam.org>
> **Cc:** George Chiu <george.chiu@guamvisitorsbureau.com>, "Norman Lee Miller, Jr." <nmillerjr@oagguam.org>, Douglas Moylan <dbmoylan@oagguam.org>
> **Subject: Re: GVB Draft Motion to Dismiss**
>
> Håfa Adai,
> Thank you for sending your memo. We hope you can clarify a couple of things.
>
> Who, exactly, do you represent in the case?
> Why does it say you represent the People of Guam? They are not in the lawsuit? What legal case gives you your conclusion that you represent them?
> Additionally, will the AG try to have the Government of Guam intervene in the case? What case says it is right to do that? If Gov Guam does intervene, who will be the client, as in which official? Will another attorney be assigned to handle the Gov Guam part of the case?
>
> We look forward to your response.
> Si Yu'os Ma'åse'! -rbl
>
> On Tue, Aug 18, 2026 at 9:22 AM David Austin <daustin@oagguam.org> wrote:
>
>> Ms. Lee,
>>
>> I write in response to your letter of August 17, 2026, which requested the current draft of the Motion to Dismiss. Please see the attached draft. We look forward to any questions or comments that you may have in order to finalize the motion.
>>
>> Sincerely,

**David Austin, Esq.**
Assistant Attorney General
Civil Division

**Office of the Attorney General of Guam**
134 W. Soledad Avenue, Suite 412
*Hagåtña*, GU 96910
Tel: (671) 475-3324 ext. 2032
daustin@oagguam.org
www.guamattorneygeneral.org

***"Guam's Toughest Law Enforcers"***

**CONFIDENTIALITY NOTICE:** The information contained in this communication is intended solely for the use of the individual or entity to whom it is addressed and other parties authorized to receive it. It may contain confidential or legally privileged communication. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking any action in reliance on the contents of this information is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by responding to this e-mail and then immediately delete it from your system.