August 19, 2026

**Ms. Regine Biscoe Lee**
President and CEO
Guam Visitors Bureau
401 Pale San Vitores Road
Tumon, GU 96913

**Subject: U.S. District Court Case No. 1:26-cv-00017; Representation of GVB**

*Hafa Adai* Ms. Lee:

I am in receipt of the emails you sent AAG David Austin yesterday and today regarding the scope of our representation of the Guam Visitors Bureau in litigation pending in the District Court of Guam.

I previously provided our legal position on this matter with legal authority. If you are unable to agree with our position, please bring the matter before the GVB Board. We will proceed with seeking clarification before the District Court Judge unless GVB otherwise notifies us.

We will be filing on Friday the motion to dismiss sent earlier, in order to protect the Government's legal interests, please send us any recommended edits for our further review. Thank you.

Sincerely,

**Joseph A. Guthrie**
Chief Deputy Attorney General

**Office of the Attorney General**
**Douglas B. Moylan · Attorney General of Guam**

134 W. Soledad Avenue · Ste. 412, Bank of Hawaii Building · *Hagåtña*, Guam 96910 · USA
671-475-2710 · 671-472-2493 (fax) · nmillerjr@oagguam.org · www.guamattorneygeneral.org
***"Guam's Toughest Law Enforcers"***