Outlook

**Re: 26-CV-00017, Jane Doe v. GVB et al**

**From** Régine Biscoe Lee <regine.lee@visitguam.org>
**Date** Thu 8/20/2026 8:07 AM
**To** Danielle Tenorio-Balbas <dtenorio-balbas@oagguam.org>; jguthrie@oagguam.org <jguthrie@oagguam.org>
**Cc** George Chiu <george.chiu@visitguam.org>

Håfa adai Mr. Guthrie:
We must meet today at your earliest available time.
You (all attorneys at the OAG) still do not clarify who you represent. This is concerning as it is becoming plain and obvious that you do not represent GVB's interest by your failure to answer our questions about who you represent.

We also do not understand why you will seek intervention and who is the principal that you will take instruction from if the court grants intervention. We must, therefore, conclude that it is AG Moylan himself who will give instruction as the principal on behalf of the intervening party.
The draft as written is not acceptable. Your cases are simply not correct and are harmful to GVB's interests. We stated this in our letter of last week instructing Mr. Austin to stand down. It does not follow the law and ignores Guam Supreme Court caselaw. We require our attorney to follow the law. The proposed response harms GVB's interest and must not be filed. This is again GVB's specific instruction. Please follow it.
We asked last week for a non-conflicted attorney, but the AG still does not provide one. GVB requires representation in the case to be by non-conflicted attorneys. It is troubling that you refuse to provide an attorney without conflicts. Mr. Austin must withdraw as previously instructed and an attorney without conflicts must be provided.

GVB's board meets next week and may or may not vote to provide direction for the Jane Doe case, as it does not have authority otherwise. You must follow my instructions as I as the General Manager am responsible for the day to day and strategic direction of the Bureau. Please review the GVB Act.

Si Yu'os Ma'åse' -rbl

On Wed, Aug 19, 2026, 5:44 PM Danielle Tenorio-Balbas <dtenorio-balbas@oagguam.org> wrote:

> *Hafa Adai* Ms. Lee,
>
> Please see the attached letter from CDAG Guthrie regarding the above matter.
>
> Kindly acknowledge this email as well as confirm you are able to open the attached.
>
> Have a great evening!
>
> --
> Respectfully,

**Danielle Tenorio-Balbas**
Administrative Supervisor
Solicitors Division

**Office of the Attorney General of Guam**
134 W. Soledad Avenue, Suite 302
*Hagåtña*, GU 96910
Telephone: (671) 475-3324 / 475-2709 ext. 3114
dtenorio-balbas@oagguam.org
www.guamattorneygeneral.org

***"Guam's Toughest Law Enforcers"***

**CONFIDENTIALITY NOTICE:** The information contained in this communication is intended solely for the use of the individual or entity to whom it is addressed and other parties authorized to receive it. It may contain confidential or legally privileged communication. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking any action in reliance on the contents of this information is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by responding to this e-mail and then immediately delete it from your system.