Outlook

**Re: Extension**

**From** Régine Biscoe Lee <regine.lee@visitguam.org>
**Date** Fri 8/21/2026 10:37 AM
**To** Norman Lee Miller, Jr. <nmillerjr@oagguam.org>
**Cc** Gonzalo Gayoso <ggayoso@oagguam.org>; George Chiu <george.chiu@visitguam.org>

Håfa adai DAG Miller,
Because you do not have GVB's approval to file the brief as proposed, please file a request for a continuance.
Do not file the draft as proposed. Do this whether or not you hear back from Jane Doe's lawyer.

Please treat this as a priority over training as it is important to GVB to get this right.
Thank you -rbl

On Fri, Aug 21, 2026 at 9:44 AM Norman Lee Miller, Jr. <nmillerjr@oagguam.org> wrote:

> The staff at the firm report that neither Mr. Razano nor Mr. Walsh are available and they do not know when they might be available. In the absence of agreement on an extension we are required to file something today.
>
> On Fri, Aug 21, 2026 at 9:28 AM Régine Biscoe Lee <regine.lee@visitguam.org> wrote:
>
> > Håfa adai CDAG Guthrie and DAG Miller:
> >
> > Thank you for meeting with us yesterday and for requesting the extension. Please give the Razzano firm a call this morning to follow up on this request.
> >
> > Per our discussion yesterday, you are instructed not to file the brief proposed. If you have an updated version, please send it to us for review.
> > Si Yu'os Ma'åse' -rbl
> >
> > On Fri, Aug 21, 2026 at 8:51 AM Norman Lee Miller, Jr. <nmillerjr@oagguam.org> wrote:
> >
> > > Hafa Adai - we emailed the Razzano Walsh firm early yesterday afternoon to request an extension on today's filing deadline. As of this writing we have not received any reply. Can your team try and track them down to secure the extension? Radio silence on their part will compel us to file something this afternoon. The AG's Office has a training event with off-island trainers beginning at three pm today. Thank you.
> > >
> > > --
> > > **Lee Miller**
> > > Deputy Attorney General - Solicitors

Office of the Attorney General of Guam
671.475.2710 X3093
nmillerjr@oagguam.org
PRIVILEGED AND CONFIDENTIAL, ATTORNEY-CLIENT COMMUNICATION, ATTORNEY WORK PRODUCT