GUAM VISITORS BUREAU
SETBISION BISITAN GUÅHAN

**VIA ELECTRONIC MAIL**
Douglas Moylan
Attorney General
Office of the Attorney General
134 W. Soledad Avenue, 4th Floor, Suite 412
Hagåtña, Guam 96910

Via email to dbmoylan@oagguam.org; nmillerjr@oagguam.org; daustin@oagguam.org

**Re: Jane Doe v. GVB**

Dear Attorney General Moylan

The Guam Visitors Bureau writes with concern after communicating with Deputy Attorney General Miller this morning about your office's proposed brief that you intend to file in support of a motion to dismiss Jane Doe's complaint. DAG Miller has informed us that GVB's request has been shared with the Attorney General.

It is not a request. There is not now nor has there ever been any authority to file the proposed brief. Any attorney who files it or one containing the arguments as proposed in your brief does so without authority from the client. The brief does not protect GVB's interests and is incorrect on the law. If no extension is granted, GVB's instruction is to file a request for a continuance to respond to the complaint.

Sincerely,

Régine Biscoe Lee
President and CEO
Guam Visitors Bureau

**GUAM VISITORS BUREAU | SETBISION BISITAN GUÅHAN**
401 Pale San Vitores Road | Tumon, Guam 96913 | (671) 646-5278 | (671) 646-8861 fax
guamvisitorsbureau.com | visitguam.com | info@visitguam.com

GUAM