Outlook

## Re: GVB litigation

**From** Régine Biscoe Lee <regine.lee@visitguam.org>
**Date** Mon 8/24/2026 12:18 PM
**To** David Austin <daustin@oagguam.org>
**Cc** George Chiu <george.chiu@guamvisitorsbureau.com>; Norman Lee Miller, Jr. <nmillerjr@oagguam.org>

4 attachments (6 MB)

Jane Doe v. GVB, Chiu 1-26-cv-00017, Motion to Dismiss.docx; Jane Doe v. GVB, Chiu 1-26-cv-00017, Motion to Dismiss.pdf; Declaration_Rudd Gudmalin.pdf; Jane Doe v. GVB, Chiu, 1-26-cv-00017, R Gudmalin Decl Exh. A.pdf;

Håfa adai AAG Austin,

The draft you prepared required substantial edits.
Here is the only motion you are authorized to file, including the declaration signed by our Financial Controller and exhibit.

--
***Sinseru yan Minagåhet,***
**Régine Biscoe Lee**
*President & CEO*


**GUAM VISITORS BUREAU | SETBISION BISITAN GUÅHAN**
**Tumon, Guam | (671) 646-5278 | regine.lee@visitguam.org**
**guamvisitorsbureau.com | visitguam.com**


On Fri, Aug 21, 2026 at 5:03 PM David Austin <daustin@oagguam.org> wrote:

> I apologize, please disregard the last draft. Here is the latest proposed draft.

Thank you,
David Austin

Sincerely,

**David Austin, Esq.**
Assistant Attorney General
Civil Division

**Office of the Attorney General of Guam**
134 W. Soledad Avenue, Suite 412
*Hagåtña*, GU 96910
Tel: (671) 475-3324 ext. 2032
daustin@oagguam.org
www.guamattorneygeneral.org

***"Guam's Toughest Law Enforcers"***

**CONFIDENTIALITY NOTICE:** The information contained in this communication is intended solely for the use of the individual or entity to whom it is addressed and other parties authorized to receive it. It may contain confidential or legally privileged communication. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking any action in reliance on the contents of this information is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by responding to this e-mail and then immediately delete it from your system.

On Fri, Aug 21, 2026 at 4:54 PM David Austin <daustin@oagguam.org> wrote:

Please see the attached proposed draft motion to dismiss. Please provide me with comments and suggestions for edits.

Have a great weekend.
Sincerely,

**David Austin, Esq.**
Assistant Attorney General
Civil Division

**Office of the Attorney General of Guam**
134 W. Soledad Avenue, Suite 412
*Hagåtña*, GU 96910
Tel: (671) 475-3324 ext. 2032
daustin@oagguam.org
www.guamattorneygeneral.org

***"Guam's Toughest Law Enforcers"***

**CONFIDENTIALITY NOTICE:** The information contained in this communication is intended solely for the use of the individual or entity to whom it is addressed and other parties authorized to receive it. It may contain confidential or legally

privileged communication. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking any action in reliance on the contents of this information is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by responding to this e-mail and then immediately delete it from your system.

On Fri, Aug 21, 2026 at 4:13 PM Régine Biscoe Lee <regine.lee@visitguam.org> wrote:

> Håfa adai AAG Austin,
> Thank you for your update. Please be sure to send us the proposed draft so that we can have sufficient time to review and comment/suggest edits.
>
> Best -rbl
>
> On Fri, Aug 21, 2026, 4:02 PM David Austin <daustin@oagguam.org> wrote:
>
>> Please be advised that after further discussion with Mr. Razzano the attorney general's office has been granted an extension of time to respond to the complaint. The response is now due Monday August 24, 2026. Thank you and have a great weekend.
>>
>> Sincerely,
>>
>> **David Austin, Esq.**
>> Assistant Attorney General
>> Civil Division
>>
>> **Office of the Attorney General of Guam**
>> 134 W. Soledad Avenue, Suite 412
>> *Hagåtña*, GU 96910
>> Tel: (671) 475-3324 ext. 2032
>> daustin@oagguam.org
>> www.guamattorneygeneral.org
>>
>> ***"Guam's Toughest Law Enforcers"***
>>
>> **CONFIDENTIALITY NOTICE:** The information contained in this communication is intended solely for the use of the individual or entity to whom it is addressed and other parties authorized to receive it. It may contain confidential or legally privileged communication. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking any action in reliance on the contents of this information is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by responding to this e-mail and then immediately delete it from your system.