**THE DISTRICT COURT OF GUAM**

| | |
|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br>vs.<br><br>GUAM VISITORS BUREAU, a Guam public corporation, and GEORGE CHIU, in his individual capacity as Chairman of the Board of Directors of the Guam Visitors Bureau,<br><br>Defendants. | CIVIL CASE NO. 26-00017<br><br>**ORDER** |

On September 4, 2026, the Attorney General of Guam (hereinafter "AG") filed a Notice of Potential Judicial Conflict. *See* ECF No. 29. Therein, the AG is asking the undersigned to consider recusing herself from the case, because the AG filed a motion seeking the court's clarification as to the AG's scope of representation for Defendant Guam Visitors Bureau (*see* ECF No. 21) and the undersigned's brother is running for the same elected office as the current AG in the November 2026 election. *Id.* The AG alleges that this set of facts and the court's rulings in this case "may appear to signal a preference in the outcome of the election for the Attorney General to be held this November." *Id.* at 2. Specifically, the AG reasoned that "lawyers, especially political candidates, are judged by voters on the basis of whether they win or lose a given case. Therefore, [the undersigned's brother] has an electoral interest in the

[undersigned's] rulings in this matter." *Id.* at 3.

The court does not find that the reasons stated by the AG in his Notice of Potential Judicial Conflict warrant a recusal from the undersigned. The motion seeking clarification of the AG's scope of representation deals with the issue of who represents Defendant Guam Visitors Bureau in this case. It is not a matter that ends the case upon the court's ruling, if it was not favorable to the movant. Because it is a *non*-dispositive motion, such motion is not handled by the undersigned. Non-dispositive motions are handled by the U.S. magistrate judge and does not require a report and recommendation to the undersigned judge. Thus, the AG's allegation that it presents potential conflict is simply untrue.

The undersigned will not be recusing herself from this matter, unless there is a legitimate reason to do so. At this time, none exists.[1]

**SO ORDERED.**

**/s/ Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: Oct 23, 2026**

[1] The court recognizes that there is a pending dispositive motion in this case. *See* ECF No. 64. However, because it is not before the undersigned at this time and the issue of who represents Defendant Guam Visitors Bureau remains unresolved, the undersigned will be not recusing herself, unlike in other cases where she was asked to recuse because the AG was either a party to the case or clearly represents the Government of Guam.