LAW OFFICES OF HEATHER MARTINEZ QUITUGUA, PC
Heather Martinez Quitugua
238 Archbishop Flores Street, Suite 706
Hagatna, GU 96910
T: (671) 486-3850
hmq@quitugualaw.com
Attorney for Defendant Guam Visitors Bureau

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br>vs.<br><br>GUAM VISITORS BUREAU, a Guam public corporation, and GEORGE CHIU, in his individual capacity as Chairman of the Board of Directors of the Board of the Guam Visitors Bureau,<br><br>Defendants. | Case No. 1:26-cv-00017<br><br>MOTION TO SUBSTITUTE COUNSEL |

PLEASE TAKE NOTICE that defendant Guam Visitors Bureau, moves to substitute the Law Offices of Heather Martinez Quitugua PC, by and through Heather Martinez Quitugua, as counsel of record for defendant in the place and stead of Joseph B. McDonald, McDonald Law Office LLC. Defendant further requests notice and copies of all further pleadings, papers, discovery, and other material relevant to this action be served upon:

Law Offices of Heather Martinez Quitugua PC
Heather M. Quitugua, Esq.
238 Archbishop Flores Street, Suite 706
Hagatna, Guam, 96910
(671) 486-3850
hmq@quitugualaw.com

Respectfully submitted this 3rd day of November, 2026,

GUAM VISITORS BUREAU

By: ______________________
Regine Biscoe Lee, President & CEO

LAW OFFICES OF
HEATHER MARTINEZ QUITUGUA, PC

By: ______________________
Heather M. Quitugua

McDONALD LAW OFFICE LLC

By: ______________________________
Joseph B. McDonald

CERTIFICATE OF SERVICE

The undersigned declares that she is over the age of 18, and that on November 3, 2026 the foregoing document will be filed via the court's electronic filing system and served on the following:

Joseph C. Razzano
Razzano Walsh & Torres, P.C.
139 Murray Blvd., Suite 100
Hagåtña, GU 96910
Counsel for Plaintiff

Louie J. Yanza
Law Offices of Louie J. Yanza
862 South Marine Corps Drive, Suite 203
Tamuning, GU 96913
Counsel for Defendant George Chiu

Joseph A. Guthrie
Office of the Attorney General
134 W. Soledad Avenue
Hagåtña, GU 96910
Counsel for Government of Guam

Joseph B. McDonald
McDONALD LAW OFFICE LLC
Ada Plaza Center, Building A
173 Aspinall Avenue, Suite 207A
Hagåtña, Guam 96910

Dated November 3, 2026 at Hagåtña, Guam.

______________________________
Heather M. Quitugua